## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Romeo Iusco and Monica Iusco | ) | Case No. 09-41945 |
| | ) | |
| Debtors and Debtors in Possession. | ) | Judge Jacqueline Cox |
| | ) | |
| | ) | Hearing: December 1, 2009 at 9:30 a.m. |

## AMENDED NOTICE OF MOTION

To:   See attached service list

PLEASE TAKE NOTICE that on December 1, 2009 at 9:30 a.m.**,** the undersigned will appear before the Honorable Jacqueline Cox Bankruptcy Judge, in Courtroom 619, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present **MOTION TO COMPEL RECEIVER TO TURNOVER PROPERTY OF DEBTORS and TURNOVER THE INTERIM REPORTS OF THE RECEIVER**, a copy of which is enclosed herewith and served upon you.

/s/ Forrest L. Ingram

Forrest L. Ingram, #3129032
Michael V. Ohlman #6294512
FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Forrest L. Ingram, an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached service list by electronic case filing, or by US Mail and email, as indicated on the list, on November 24, 2009, before the hour of 5 p.m.

/s/Forrest L. Ingram

## SERVICE LIST

**Via US Mail**

Romeo and Monica Iusco
8651 Harms Rd.
Skokie, Illinois  60077

Mr. Edward Burke
CHUHAK & TECSON, P.C.
30 South Wacker Drive, 26th Floor
Chicago, Illinois 60606-7413

**Via CM/ECF**

William T. Neary, U.S. Trustee
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604