12/07/09  4:40PM

B6A (Official Form 6A) (12/07)

In re   **Romeo Iusco,**
**Monica Iusco**
                                                                    ,
Debtors

Case No.   **09-41945**

# SCHEDULE A - REAL PROPERTY

 Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

 **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

 If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4316 W. Shakespeare** <br> **Chicago, IL 60639** | **Joint tenaancy** | **J** | **380,000.00** | **424,291.01** |
| **3310 W. Wabansia** <br> **Chicago, IL 60647** | **Joint tenancy** | **J** | **240,000.00** | **265,475.94** |
| **3001 N. Spalding** <br> **Chicago, IL 60618** | **Joint tenancy** | **J** | **1,900,000.00** | **6,399,454.88** |
| **8651 Harms Road** <br> **Skokie, IL 60077** | **50% ownership with parents** | **C** | **650,000.00** | **1,180,959.78** |

|  |  |  |
|---|---|---|
| Sub-Total > | **3,170,000.00** | (Total of this page) |
| Total > | **3,170,000.00** |  |

 **0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

12/07/09 4:40PM

B6B (Official Form 6B) (12/07)

In re **Romeo Iusco,**
**Monica Iusco**
                                         ,
                           Debtors

Case No. **09-41945**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | J | 385.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture kept at 8651 Harms Rd.** | J | 750.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing for Monica and Romeo Iusco** | J | 550.00 |
| 7. Furs and jewelry. | | **Assorted items** | J | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **1,785.00**
(Total of this page)

**4** continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Romeo Iusco,**  
**Monica Iusco**  
, Debtors

Case No. **09-41945**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% membership interest in 5121 Kenmore, LLC. The LLC owns real estate under construction. Debtor is entitled to proceeds from the LLC.** | **H** | **Unknown** |
| | | **100% membership interest in 3536 Lincoln, LLC. The LLC owns real property under construction and subject to foreclosure action. Debtor is entitled to proceeds from the LLC.** | **J** | **Unknown** |
| | | **50% membership interest in 7247 Clairmont, LLC. The LLC owns one condo unit. Debtor is entitled to proceeds from the LLC.** | **C** | **Unknown** |
| | | **50% membership interest in Sundance Investments, LLC. The LLC owns property at 300 Lakehurst Road, Waukegan, IL 60085. Debtor is entitled to proceeds from the LLC.** | **C** | **Unknown** |
| | | **50% membership interenst in Monaco Banquets, LLC. Debtor is entitled to proceeds from the LLC.** | **C** | **Unknown** |
| | | **100% membership interesst in 3643 Ashland, LLC. The LLC is currently involved in litigation. Debtor is entitled to proceeds from the LLC.** | **H** | **113,000.00** |
| | | **100% shareholder of Future Builders and Developers, Inc. Debtor is entitled to proceeds from the corporation.** | **H** | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total >    **113,000.00**  
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached  
to the Schedule of Personal Property

12/07/09 4:40PM

B6B (Official Form 6B) (12/07) - Cont.

In re **Romeo Iusco,**
**Monica Iusco**
_____,
Debtors

Case No. **09-41945**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claim agasint Peak Properties, receiver for 4316 W. Shakespeare, 3310 W. Wabansia, and 3001 N. Spalding, springing from the destruction of Debtor's personal property. | J | 6,000.00 |
| | | Cause of action agasint US Bank, formerly known as Park National Bank, for claims including fraudulent misrepresentation, defamation, tortious interference with a commercial relationship. | J | 150,000.00 |
| | | Cause of action agasint Patel Group for claims including fraudulent misrepresentation, defamation, tortious interference with a commercial relationship, and counterclaim arrising fromsuit 08L6125. | J | 1,400,000.00 |
| | | Breach of contract and an accounting agasint Alex Johnson and Yashwant Patel for unpaid profits from the Houston Project. | J | 120,000.00 |
| | | Breach of contract action agasint Susy Johnson for work done on home. | J | 22,350.00 |
| | | Breach of contract action agasint Annan and Abraham Mathew for work done on home. | J | 10,550.00 |
| | | Breach of contract action agasint Annan and Abraham Mathew for work done on their rental property. | J | 2,450.00 |

Sub-Total >  **1,711,350.00**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re **Romeo Iusco,**
**Monica Iusco**,
Debtors

Case No. **09-41945**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Fraudulent misrepresentation action agasint Richard Alaimo.** | J | 35,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **50% interest in 2007 Cadillac Escallade** | C | 27,000.00 |
| | | **100% owner of 2000 Dodge Durango** | H | 2,500.00 |
| | | **100% owner in Chevy Express Van** | C | 0.00 |
| 26. Boats, motors, and accessories. | | **Jet Skis and trailer.** | J | 2,600.00 |
| | | **ATV** | J | 750.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Assorted pieces of equipment** | J | 100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total > **67,950.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re **Romeo Iusco,**
**Monica Iusco**
_____,
Debtors

Case No. **09-41945**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >   **0.00**
(Total of this page)
Total >   **1,894,085.00**

Sheet **4** of **4** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

In re **Romeo Iusco,**
**Monica Iusco**
                                                                        , Debtors

Case No. **09-41945**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 4316 W. Shakespeare Chicago, IL 60639 | 735 ILCS 5/12-901 | 0.00 | 380,000.00 |
| 8651 Harms Road Skokie, IL 60077 | 735 ILCS 5/12-901 | 0.00 | 650,000.00 |
| **Stock and Interests in Businesses** | | | |
| 100% shareholder of Future Builders and Developers, Inc. Debtor is entitled to proceeds from the corporation. | 735 ILCS 5/12-1001(b) | 0.00 | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 50% interest in 2007 Cadillac Escallade | 735 ILCS 5/12-1001(c) | 2,300.00 | 27,000.00 |
| 100% owner of 2000 Dodge Durango | 735 ILCS 5/12-1001(c) | 2,500.00 | 2,500.00 |
| 100% owner in Chevy Express Van | 735 ILCS 5/12-1001(c) | 0.00 | 0.00 |
| | Total: | **4,800.00** | **1,059,500.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt