Lindley Appraisal Inc

## Small Residential Income Property Appraisal Report

lusco
File # 25013

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

File No. 25013 | Page #2

**SUBJECT**

| Property Address 3310 W. Wabansia Avenue | City Chicago | State IL | Zip Code 60647-4925 |
|---|---|---|---|
| Borrower lusco | Owner of Public Record  lusco | | County Cook |

Legal Description  See attached addenda.

| Assessor's Parcel #  13-35-415-044 | Tax Year  2007 | R.E. Taxes $ 3,909 |
|---|---|---|

| Neighborhood Name  Humboldt Park | Map Reference  1600 | Census Tract 2302.00 |
|---|---|---|

Occupant  ☐ Owner  ☒ Tenant  ☐ Vacant      Special Assessments $ 0      ☐ PUD    HOA $    ☐ per year    ☐ per month

Property Rights Appraised  ☒ Fee Simple   ☐ Leasehold   ☐ Other (describe)

Assignment Type  ☐ Purchase Transaction   ☒ Refinance Transaction   ☐ Other (describe)

Lender/Client  Park National Bank        Address

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   ☐ Yes   ☒ No

Report data source(s) used, offering price(s), and date(s).    MLS

**CONTRACT**

I ☐ did  ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.  N/a

| Contract Price $ | Date of Contract | Is the property seller the owner of public record?  ☐ Yes  ☐ No  Data Source(s)  N/a |
|---|---|---|

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   ☐ Yes   ☐ No

If Yes, report the total dollar amount and describe the items to be paid.    N/A

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | 2–4 Unit Housing Trends | | | 2–4 Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE $ (000) | AGE | One-Unit | 25 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | 500+ High | 95+ | 2-4 Unit | 55 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 100 Low | New | Multi-Family | 10 % |
| | | | | | | 500+ High | 95+ | Commercial | 10 % |
| | | | | | | 250 Pred. | 95 | Other | % |

Neighborhood Boundaries    The subject property is located within the Humboldt Park neighborhood roughly bounded by Pulaski west, Fullerton north,  Western east and Division south.

Neighborhood Description    The area has a stable and diverse employment base.  The subject has access to all necessary supporting facilities including schools, shopping, recreation and employment.

Market Conditions (including support for the above conclusions)    During the past 6 months 10 two unit properties have sold, 8 are pending. There are currently 24 properties listed. If absorption rates remain constant for the past 6 months this reflects a current over-supply. Interest rates are at attractive levels.

**SITE**

| Dimensions 25 x 125 (subject to survey) | Area  3,125 Sq.Ft. | Shape Rectangular | View  Average |
|---|---|---|---|

Specific Zoning Classification R-3 General Residential        Zoning Description 0.9 FAR

Zoning Compliance  ☐ Legal  ☒ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?   ☒ Yes   ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street  Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley  No | ☒ | |

FEMA Special Flood Hazard Area  ☐ Yes  ☒ No   FEMA Flood Zone  X      FEMA Map #  17031C0415J        FEMA Map Date 8/19/2008

Are the utilities and/or off-site improvements typical for the market area?   ☒ Yes   ☐ No   If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   ☐ Yes   ☒ No   If Yes, describe

See attached addenda.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units  ☒ Two ☐ Three ☐ Four | | ☐ Concrete Slab  ☒ Crawl Space | | Foundation Walls  Conc/Avg | | Floors | Hdwd,carp/Avg+ |
| ☒ Accessory Unit (describe below) | | ☐ Full Basement  ☐ Partial Basement | | Exterior Walls  Frame, vinyl/Avg+ | | Walls | DW, Wdpan/Avg+ |
| # of Stories  2          # of bldgs. 1 | | Basement Area  890 sq.ft. | | Roof Surface  Asphalt/Avg+ | | Trim/Finish | Wood/Avg+ |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | | Basement Finish  90 % | | Gutters & Downspouts  Metal/Avg | | Bath Floor | Ceramic tile/Avg+ |
| ☒ Existing ☐ Proposed ☐ Under Const. | | ☒ Outside Entry/Exit ☐ Sump Pump | | Window Type  Dbipane/Avg+ | | Bath Wainscot | Ceramic tile/Avg+ |
| Design (Style)  Walk up | | Evidence of ☐ Infestation  None | | Storm Sash/Insulated  Yes/Avg+ | | Car Storage | |
| Year Built  1890 | | ☐ Dampness  ☒ Settlement | | Screens  Yes/Avg+ | | ☐ None | |
| Effective Age (Yrs)  10 | | Heating/Cooling | | Amenities | | ☐ Driveway   # of Cars | |
| Attic  ☐ None | | ☒ FWA ☐ HWBB ☐ Radiant | | ☐ Fireplace(s) #   ☐ Woodstove(s) # | | Driveway Surface | |
| ☐ Drop Stair  ☐ Stairs | | ☒ Other Fha      Fuel  Gas | | ☒ Patio/Deck  ☒ Fence | | ☒ Garage   # of Cars | 2 |
| ☐ Floor  ☐ Scuttle | | Cooling ☐ Central Air Conditioning | | ☐ Pool  ☒ Porch | | ☐ Carport   # of Cars | |
| ☐ Finished  ☒ Heated | | ☒ Individual 2 ☐ Other | | ☐ Other | | ☐ Att. ☒ Det. ☐ Built-in | |

| # of Appliances  Refrigerator  2    Range/Oven  2    Dishwasher  2    Disposal | Microwave | Washer/Dryer | Other (describe) |
|---|---|---|---|

| Unit # 1 contains: | 7 | Rooms | 4 | Bedrooms | 1 | Bath(s) | 1,233 | Square Feet of Gross Living Area |
|---|---|---|---|---|---|---|---|---|
| Unit # 2 contains: | 7 | Rooms | 4 | Bedrooms | 1 | Bath(s) | 1,233 | Square Feet of Gross Living Area |
| Unit # 3 contains: | | Rooms | | Bedrooms | | Bath(s) | | Square Feet of Gross Living Area |
| Unit # 4 contains: | | Rooms | | Bedrooms | | Bath(s) | | Square Feet of Gross Living Area |

Additional features (special energy efficient items, etc.)    Updated Ind. Gfa/cac, Ind. gas hot water tanks, 100 amp  electric with CB's

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject property was a gut renovation in 1999 which included updated plumbing throughout, refurbished exposed hardwood floors ,  new drywall,  doublepane windows, new roof , new siding rear porch decks, updated two car garage.  Both units show well.  The basement was finished in 1999 with a kit, rec room, two bedrooms and bath

**EXHIBIT 24**

## Small Residential Income Property Appraisal Report
lusco
File # 25013

### IMPROVEMENTS

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes ☒ No  If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes ☐ No  If No, describe.

Is the property subject to rent control?  ☐ Yes ☒ No  If Yes, describe

### COMPARABLE RENTAL DATA

The following properties represent the most current, similar, and proximate comparable rental properties to the subject property. This analysis is intended to support the opinion of the market rent for the subject property.

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 3310 W. Wabansia Avenue Chicago, IL 60647-4925 | 1725 N. Monticello Chicago | 3508 W. Wabansia Chicago | 2628 N. Lawndale Chicago |
| Proximity to Subject | | 0.38 miles | 0.17 miles | 1.25 miles |
| Current Monthly Rent | $ | $ 1,700 | $ 1,650 | $ 2,425 |
| Rent/Gross Bldg. Area | $ sq.ft. | $ 0.86 sq.ft. | $ 0.80 sq.ft. | $ 0.74 sq.ft. |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Data Source(s) | Inspection | CAR/MLS | CAR/MLS | CAR/MLS |
| Date of Lease(s) | No end dates | 2 x 10/08 | MTM | MTM |
| Location | Average | Similar | Similar | Similar |
| Actual Age | 119A/10E | 111 | 119 | 101 |
| Condition | Average (+) | Superior | Similar | Similar |
| Gross Building Area | 2,466 | 1,986 | 2,074 | 3,285 |

| Unit Breakdown | Rm Count Tot Br Ba | Size Sq. Ft. | Monthly Rent | Rm Count Tot Br Ba | Size Sq. Ft. | Monthly Rent | Rm Count Tot Br Ba | Size Sq. Ft. | Monthly Rent | Rm Count Tot Br Ba | Size Sq. Ft. | Monthly Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2,466 | | | 1,986 | | | 2,074 | | | 3,285 | |
| Unit # 1 | 7 4 1 | 1,233 | $ | 5 2 1 | 993 | $ 900 | 6 3 1 | 1,037 | $ 900 | 5 2 1 | 985 | $ 750 |
| Unit # 2 | 7 4 1 | 1,233 | $ | 6 3 1 | 993 | $ 800 | 6 3 1 | 1,037 | $ 750 | 7 4 1 | 1,150 | $ 900 |
| Unit # 3 | | | $ | | | $ | | | $ | 6 3 1 | 1,150 | $ 775 |
| Unit # 4 | | | $ | | | $ | | | $ | | | $ |
| Utilities Included | Water and sewer. | Water and sewer. | | Water and sewer. | | Water and sewer. | | | | | | |

Analysis of rental data and support for estimated market rents for the individual subject units reported below (including the adequacy of the comparables, rental concessions, etc.)  See attached addenda.

### SUBJECT RENT SCHEDULE

Rent Schedule: The appraiser must reconcile the applicable indicated monthly market rents to provide an opinion of the market rent for each unit in the subject property.

| | Leases | | Actual Rents | | | Opinion of Market Rent | | |
|---|---|---|---|---|---|---|---|---|
| | Lease Date | | Per Unit | | Total Rents | Per Unit | | Total Rents |
| Unit # | Begin Date | End Date | Unfurnished | Furnished | | Unfurnished | Furnished | |
| 1 | 4/09 | | $ 950 | $ | $ 950 | $ 950 | $ | $ 950 |
| 2 | 3/07 | | 900 | | 900 | 900 | | 900 |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

Comment on lease data

| | | |
|---|---|---|
| Total Actual Monthly Rent | $ 1,850 | Total Gross Monthly Rent | $ 1,850 |
| Other Monthly Income (itemize) | $ | Other Monthly Income (itemize) | $ |
| Total Actual Monthly Income | $ 1,850 | Total Estimated Monthly Income | $ 1,850 |

Utilities included in estimated rents  ☐ Electric ☒ Water ☒ Sewer ☐ Gas ☐ Oil ☐ Trash collection ☐ Cable ☐ Other

Comments on actual or estimated rents and other income (including personal property)  All units were rented at the time of inspection.

(NOTE): The subject property is a legal two unit property per MLS tax records, thus the appraiser does not recognize income from relative living within the bsmt.

### PRIOR SALE HISTORY

☒ I did  ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research  ☐ did  ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  MLS
My research  ☐ did  ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  MLS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 2/99 | 7/03 | 3/05 | 10/04 |
| Price of Prior Sale/Transfer | $51,000 in need of rehab | $310,000 | $290,000 | $85,000 |
| Data Source(s) | MLS | MLS | MLS | MLS |
| Effective Date of Data Source(s) | Inspection date | Inspection date | Inspection date | Inspection date |

Analysis of prior sale or transfer history of the subject property and comparable sales  No other transactions other than above mentioned transactions per MLS. C#1 and C#2 reflect a declining market.

## Small Residential Income Property Appraisal Report

lusco
File # 25013

There are 24 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 209,000 to $ 400,000
There are 16 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 200,000 to $ 360,000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 3310 W. Wabansia Avenue Chicago, IL 60647-4925 | 3555 W Wrightwood Chicago | | 3525 W Lyndale Chicago | | 1854 N Richmond Chicago | |
| Proximity to Subject | | 1.17 miles | | 0.72 miles | | 0.55 miles | |
| Sale Price | $ | | $ 296,500 | | $ 200,000 | | $ 296,000 |
| Sale Price/Gross Bldg. Area | $ sq.ft. | $ 135.19 sq.ft. | | $ 158.73 sq.ft. | | $ 153.93 sq.ft. | |
| Gross Monthly Rent | $ 1,850 | $ 1,800.00 | | $ 1,500.00 | | $ 1,600.00 | |
| Gross Rent Multiplier | | 165.83 | | 173.33 | | 186.25 | |
| Price per Unit | $ | $ 149,250 | | $ 100,000 | | $ 148,000 | |
| Price per Room | $ | $ 24,875 | | $ 26,000 | | $ 27,091 | |
| Price per Bedroom | $ | $ 49,750 | | $ 65,000 | | $ 59,600 | |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | | ☐ Yes ☒ No | | ☐ Yes ☒ No | |
| Data Source(s) | | CAR/MLS,Tax Records | | CAR/MLS,Tax Records | | CAR/MLS,Tax Records | |
| Verification Source(s) | | | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (−) Adjustment | DESCRIPTION | + (−) Adjustment | DESCRIPTION | + (−) Adjustment |
| Sale or Financing Concessions | | Contract date 11/08, -2.5% | -7,500 | Contract date 10/08, -3% | -7,500 | Contract date 04/08, -6% | -17,500 |
| Date of Sale/Time | | 12/08 | | 12/08 | | 05/08 | |
| Location | Average | Superior, -5% | -15,000 | Similar | | Similar | |
| Leasehold/Fee Simple | Fee Simple | Fee simple | | Fee simple | | Fee simple | |
| Site | 25x125 | 26x125 | | 25x126 | | 24x125 | |
| View | Average | Average | | Average | | Average | |
| Design (Style) | Average | Walk-up | | Walk-up | | Walk-up | |
| Quality of Construction | Frame, vinyl | Frame, vinyl | | Frame, vinyl | | Frame, vinyl | |
| Actual Age | 119A/10E | 101A/10E | | 106A/15E | | 119A/10E | |
| Condition | Average (+) | Similar | | Similar | | Similar | |
| Gross Building Area | 2,466 | 2,208 | +6,500 | 1,638 | +20,500 | 1,936 | +13,000 |
| Unit Breakdown | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Unit # 1 | 7  4  1 | 6  3  1 | | 5  2  1 | | 5  2  1 | |
| Unit # 2 | 7  4  1 | 6  3  1 | | 5  2  1 | | 6  3  1 | |
| Unit # 3 | | | | | | | |
| Unit # 4 | | | | | | | |
| Basement Description | 890 Sq.Ft. | Full | | Full | | Full | |
| Basement Finished Rooms | Relative living | Unfin. | +10,000 | Relative living | | Relative living | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Ind.Gfa/cac | Ind.Gfa/none | | Ind.Ghw/none | | Ind.Gfa/none | |
| Energy Efficient Items | Minimal | Minimal | | Minimal | | Minimal | |
| Parking On/Off Site | 2 car garage | 2 car garage | | 2 car garage | | 2 car garage | |
| Porch/Patio/Deck | Porches | Porches | | Porches | | Porches | |
| Modzn. | Average (+) | Similar | | Similar | | Similar | |
| Net Adjustment (Total) | | ☐ + ☒ − | 6,000 | ☒ + ☐ − | 13,000 | ☐ + ☒ − | 4,500 |
| Adjusted Sale Price of Comparables | | Net 2.0 % Gross 13.1 % | 292,500 | Net 5.0 % Gross 10.8 % | 273,000 | Net 1.5 % Gross 10.2 % | 293,500 |
| Adjusted Price Per Unit (Adj. SP Comp / # of Comp Units) | | $ 146,250 | | $ 136,500 | | $ 146,750 | |
| Adjusted Price Per Room (Adj. SP Comp / # of Comp Rooms) | | $ 24,375 | | $ 27,300 | | $ 26,682 | |
| Adjusted Price Per Bedrm (Adj. SP Comp / # of Comp Bedrooms) | | $ 48,750 | | $ 68,250 | | $ 58,700 | |
| Value per Unit | $ 142,500  X 2 | Units = $ 285,000 | | Value per GBA $ 135  X 2,466 | | GBA = $ 332,910 | |
| Value per Rm. | $ 24,500  X 14 | Rooms = $ 343,000 | | Value per Bdrms. $ N/A  X 8 | | Bdrms. = $ | |

Summary of Sales Comparison Approach including reconciliation of the above indicators of value.    See attached addenda. Most relevant unit of comparison for
the subject is the value per unit.

Indicated Value by Sales Comparison Approach $ 285,000

Total gross monthly rent $ 1,850   X gross rent multiplier (GRM)  166.00   = $ 307,100    Indicated value by the Income Approach
Comments on income approach including reconciliation of the GRM     Least emphasis placed on the income approach as properties similar to the subject are
typically purchased for use.

Indicated Value by:  Sales Comparison Approach $ 285,000    Income Approach $ 307,100    Cost Approach (if developed) $ 285,624

Greatest emphasis placed upon the Sales Comparison Appr. when appraising properties similar to the subject. Typ. bldg is purchased for use, not
income. This appraisal is a limited scope appraisal communicated by a summary appraisal report. This summary appraisal report is intended for
use by the lender/client and/or their assigns for a mortgage finance transaction only. This report is not intended for any other use

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: No warranty of the appraised
property is given or implied. No liability is assumed for the structural or mechanical elements of the property.
Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$    285,000  , as of    04/20/09    , which is the date of inspection and the effective date of this appraisal.

Form 1025 —"TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Small Residential Income Property Appraisal Report

lusco
File # 25013

(Note): The entire validity of the cost approach is undermined by the subject's legal non-conforming status.

The cost approach is based on the principal of substitution, which status in essence that no buyer would pay more for a building than the associated cost to reproduce a similar structure on the same site. The appraiser can make an arbitrary calculation assigning value to the legal non-conforming status. However, it is a highly subjective adjustment which is impossible to derive from the market. Consequently, we have therefore chosen to eliminate the approach as it is not an accurate indicator of value.

The other market value approaches for unit fall within the range of comparables, except for room/bedroom count and GBA but should not have a negative impact on marketability.

*(ADDITIONAL COMMENTS)*

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    Builder and land comparables survey

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | =$ | 100,000 |
|---|---|---|---|---|---|
| Source of cost data  Builders survey | DWELLING | 2,466 Sq.Ft. @ $ | 80.00 | =$ | 197,280 |
| Quality rating from cost service  Typical  Effective date of cost data  2009 | | 890 Sq.Ft. @ $ | 25.00 | =$ | 22,250 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Garage, outdoor space | | | =$ | 10,000 |
| See attached sketch addendum. | Garage/Carport | Sq.Ft. @ $ | | =$ | |
| | Total Estimate of Cost-New | | | =$ | 229,530 |
| Effective age/life method used to determine the subject's physical | Less  Physical  Functional  External | | | | |
| depreciation.  Land value obtained from area data.  Cost to build derived | Depreciation  45,906 | | | =$( | 45,906) |
| from builders surveyed.   It is not unusual for land value to exceed 35% | Depreciated Cost of Improvements | | | =$ | 183,624 |
| due to the lack of available land and demand. | *As-is* Value of Site Improvements | | | =$ | 2,000 |
| Estimated Remaining Economic Life (HUD and VA only)         40 Years | INDICATED VALUE BY COST APPROACH | | | =$ | 285,624 |

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☐ No    Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data Source

Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Small Residential Income Property Appraisal Report

Iusco
File # 25013

This report form is designed to report an appraisal of a two- to four-unit property, including a two- to four-unit property in a planned unit development (PUD). A two- to four-unit property located in either a condominium or cooperative project requires the appraiser to inspect the project and complete the project information section of the Individual Condominium Unit Appraisal Report or the Individual Cooperative Interest Appraisal Report and attach it as an addendum to this report.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:   The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:   The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:   The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements, including each of the units. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous substances, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1025 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Small Residential Income Property Appraisal Report    Iusco  File # 25013

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property, including all units. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison and income approaches to value. I have adequate market data to develop reliable sales comparison and income approaches to value for this appraisal assignment. I further certify that I considered the cost approach to value but did not develop it, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1025 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 25013 | Page #8

## Small Residential Income Property Appraisal Report

lusco
File # 25013

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER   Certified Residential Appr. | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Brian Hanson/Maloney & Company | Name  Kevin Maloney |
| Company Name  Maloney & Company | Company Name  Maloney & Company |
| Company Address  2446 N. Clark, Chicago, IL 60614 | Company Address  2446 N. Clark, Chicago, IL 60614 |
| Telephone Number  773 281-6013 | Telephone Number  773 281-6013 |
| Email Address  maloneyappraisal@megapathdsl.net | Email Address  maloneyappraisal@megapathdsl.net |
| Date of Signature and Report  April 21, 2009 | Date of Signature  April 21, 2009 |
| Effective Date of Appraisal  04/20/09 | State Certification #  553-000295 |
| State Certification #  556-001619 | or State License # |
| or State License # | State  IL |
| or Other (describe) _____ State # | Expiration Date of Certification or License  9/09 |
| State  IL | |
| Expiration Date of Certification or License  9/09 | SUBJECT PROPERTY |
| | ☒ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 3310 W. Wabansia Avenue | Date of Inspection |
| Chicago, IL 60647-4925 | ☐ Did inspect interior and exterior of subject property |
| | Date of Inspection |
| APPRAISED VALUE OF SUBJECT PROPERTY $  285,000 | |
| | COMPARABLE SALES |
| LENDER/CLIENT | ☒ Did not inspect exterior of comparable sales from street |
| Name | ☐ Did inspect exterior of comparable sales from street |
| Company Name  Park National Bank | Date of Inspection |
| Company Address | |
| Email Address | |

Form 1025 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Small Residential Income Property Appraisal Report

Tusco
File # 25013

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 3310 W. Wabansia Avenue Chicago, IL 60647-4925 | 1725 N. Monticello Chicago | | | | | |
| Proximity to Subject | | 0.38 miles | | | | | |
| Sale Price | $ | | $ 329,700 | | $ | | $ |
| Sale Price/Gross Bldg. Area | $ sq.ft. | $ 166.01 sq.ft. | | $ sq.ft. | | $ sq.ft. | |
| Gross Monthly Rent | $ 1,650 | $ 1,700.00 | | $ | | $ | |
| Gross Rent Multiplier | | 193.94 | | | | | |
| Price per Unit | $ | $ 164,850 | | $ | | $ | |
| Price per Room | $ | $ 29,973 | | $ | | $ | |
| Price per Bedroom | $ | $ 65,940 | | $ | | $ | |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | | ☐ Yes ☐ No | | ☐ Yes ☐ No | |
| Data Source(s) | | CAR/MLS,Tax Records | | | | | |
| Verification Source(s) | | | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) Adjustment | DESCRIPTION | +(−) Adjustment | DESCRIPTION | +(−) Adjustment |
| Sale or Financing Concessions | | List date 09/08 | | | | | |
| Date of Sale/Time | | List discount | -33,000 | | | | |
| Location | Average | Similar | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee simple | | | | | |
| Site | 25x125 | 25x125 | | | | | |
| View | Average | Average | | | | | |
| Design (Style) | Walk up | Walk-up | | | | | |
| Quality of Construction | Frame, vinyl | Frame, vinyl | | | | | |
| Actual Age | 119A/10E | 111A/5E | | | | | |
| Condition | Average (+) | Similar | | | | | |
| Gross Building Area | 2,466 | 1,986 | +12,000 | | | | |
| Unit Breakdown | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Unit # 1 | 7 | 4 | 1 | 5 | 2 | 1 | | | | | | |
| Unit # 2 | 7 | 4 | 1 | 6 | 3 | 1 | | | | | | |
| Unit # 3 | | | | | | | | | | | | |
| Unit # 4 | | | | | | | | | | | | |
| Basement Description | 890 Sq.Ft. | Full | | | | | |
| Basement Finished Rooms | Relative living | Relative living | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Ind.Gfa/cac | Ind.Gfa/none | | | | | |
| Energy Efficient Items | Minimal | Minimal | | | | | |
| Parking On/Off Site | 2 car garage | 2 car garage | | | | | |
| Porch/Patio/Deck | Porches | Porches | | | | | |
| Modzn. | Average (+) | Superior | -20,000 | | | | |
| Net Adjustment (Total) | | ☐+ ☒− | $ 41,000 | ☐+ ☐− | $ | ☐+ ☐− | $ |
| Adjusted Sale Price of Comparables | | Net 12.4 % Gross 19.7 % | $ 288,700 | Net % Gross % | $ | Net % Gross % | $ |
| Adjusted Price Per Unit (Adj. SP Comp / # of Comp Units) | | $ 144,350 | | $ | | $ | |
| Adjusted Price Per Room (Adj. SP Comp / # of Comp Rooms) | | $ 26,245 | | $ | | $ | |
| Adjusted Price Per Bedrm (Adj. SP Comp / # of Comp Bedrooms) | | $ 57,740 | | $ | | $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 2/99 | 3/04 | | |
| Price of Prior Sale/Transfer | $51,000 in need of rehab | $355,000 | | |
| Data Source(s) | MLS | MLS | | |
| Effective Date of Data Source(s) | Inspection date | Inspection date | | |

Analysis of prior sale or transfer history of the subject property and comparable sales    No other transactions other than above mentioned transactions per MLS

It appears C#4 reflects a declining market

Analysis/Comments    C#4 is currently listed and required a 10% list to sales price adjustment due to current over-supply but selected due to support current market value. C#4 has superior modzn. due to recent rehab, inferior sq.ft.

File No. 25013] Page #10
25013

# Operating Income Statement
### One- to Four-Family Investment Property and Two- to Four-Family Owner-Occupied Property

Property Address

| 3310 W. Wabansia Avenue | Chicago | IL | 60647-4925 |
|---|---|---|---|
| Street | City | State | Zip Code |

**General Instructions:** This form is to be prepared jointly by the loan applicant, the appraiser, and the lender's underwriter. The applicant must complete the following schedule indicating each unit's rental status, lease expiration date, current rent, market rent, and the responsibility for utility expenses. Rental figures must be based on the rent for an "unfurnished" unit.

| | Currently Rented | Expiration Date | Current Rent Per Month | Market Rent Per Month | Utility Expense | Paid By Owner | Paid By Tenant |
|---|---|---|---|---|---|---|---|
| Unit No. 1 | Yes ☒ No ☐ | No end dates | $ 950 | $ 950 | Electricity | ☐ | ☐ |
| Unit No. 2 | Yes ☒ No ☐ | | $ 900 | $ 900 | Gas | ☐ | ☐ |
| Unit No. 3 | Yes ☐ No ☐ | | $ | $ | Fuel Oil | | |
| Unit No. 4 | Yes ☐ No ☐ | | $ | $ | Fuel (Other) | | ☐ |
| Total | | | $ 1,850 | $ 1,850 | Water/Sewer | ☒ | ☐ |
| | | | | | Trash Removal | ☒ | ☐ |

The applicant should complete all of the income and expense projections and for existing properties provide actual year-end operating statements for the past two years *(for new properties the applicant's projected income and expenses must be provided).* This Operating Income Statement and any previous operating statements the applicant provides must then be sent to the appraiser for review, comment, and/or adjustments next to the applicant's figures *(e.g. Applicant/Appraiser 288/300).* If the appraiser is retained to complete the form instead of the applicant, the lender must provide to the appraiser the aforementioned operating statements, mortgage insurance premium, HOA dues, leasehold payments, subordinate financing, and/or any other relevant information as to the income and expenses of the subject property received from the applicant to substantiate the projections. The underwriter should carefully review the applicant's/appraiser's projections and the appraiser's comments concerning those projections. The underwriter should make any final adjustments that are necessary to more accurately reflect any income or expense items that appear unreasonable for the market. *(Real estate taxes and insurance on these types of properties are included in PITI and not calculated as an annual expense item)* Income should be based on the current rents, but should not exceed market rents. When there are no current rents because the property is proposed, new, or currently vacant, market rents should be used.

### Annual Income and Expense Projection for Next 12 months

| Income *(Do not include income for owner-occupied units)* | | By Applicant/Appraiser | Adjustments by Lender's Underwriter |
|---|---|---|---|
| Gross Annual Rental *(from unit(s) to be rented)* | (Current) | $ 22,200 | $ |
| Other Income *(include sources)* | | + | + |
| Total | | $ 22,200 | $ |
| Less Vacancy/Rent Loss | | − 1,110 ( 5 %) | − ( %) |
| Effective Gross Income | | $ 21,090 | $ |

| Expenses *(Do not include expenses for owner-occupied units)* | | | |
|---|---|---|---|
| Electricity | | | |
| Gas | | | |
| Fuel Oil | | | |
| Fuel | (Type - Tenant ) | | |
| Water/Sewer | | 500 | |
| Trash Removal | | | |
| Pest Control | | | |
| Other Taxes or Licenses | | | |
| Casual Labor | | 200 | |
| This includes the costs for public area cleaning, snow removal, etc., even though the applicant may not elect to contract for such services. | | | |
| Interior Paint/Decorating | | 200 | |
| This includes the costs of contract labor and materials that are required to maintain the interiors of the living unit. | | | |
| General Repairs/Maintenance | | 200 | |
| This includes the costs of contract labor and materials that are required to maintain the public corridors, stairways, roofs, mechanical systems, grounds, etc. | | | |
| Management Expenses | | | |
| These are the customer expenses that a professional management company would charge to manage the property. | | | |
| Supplies | | 200 | |
| This includes the costs of items like light bulbs, janitorial supplies, etc. | | | |
| Total Replacement Reserves - See Schedule on Pg. 2 | | 1,174 | |
| Miscellaneous | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Operating Expenses | | $ 2,474 | $ |

| Freddie Mac | This Form Must Be Reproduced By Seller | Fannie Mae |
|---|---|---|
| Form 998 Aug 88 | Page 1 of 2 | Form 216 Aug 88 |

## Replacement Reserve Schedule

Adequate replacement reserves must be calculated regardless of whether actual reserves are provided for on the owner's operating statements or are customary in the local market. This represents the total average yearly reserves. Generally, all equipment and components that have a remaining life of more than one year - such as refrigerators, stoves, clothes washers/dryers, trash compactors, furnaces, roofs, and carpeting, etc. - should be expensed on a replacement cost basis.

| Equipment | | Replacement Cost | | | Remaining Life | | | | | By Applicant/ Appraiser | Lender Adjustments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stoves/Ranges | @ $ | 300 | ea. – | 5 | Yrs. x | 2 | Units = $ | | | 120 | $ |
| Refrigerators | @ $ | 350 | ea. – | 5 | Yrs. x | 2 | Units = $ | | | 140 | $ |
| Dishwashers | @ $ | | ea. – | | Yrs. x | | Units = $ | | | | $ |
| A/C Units | @ $ | | ea. – | | Yrs. x | | Units = $ | | | | $ |
| C. Washer/Dryers | @ $ | | ea. – | | Yrs. x | | Units = $ | | | | $ |
| HW Heaters | @ $ | 350 | ea. – | 15 | Yrs. x | 2 | Units = $ | | | 47 | $ |
| Furnace(s) | @ $ | 3,000 | ea. – | 15 | Yrs. x | 2 | Units = $ | | | 400 | $ |
| (Other)  A/c | @ $ | 2,000 | ea. – | 15 | Yrs. x | 2 | Units = $ | | | 267 | $ |
| Roof | @ $ | 3,000 | – | 15 | Yrs. x | One Bldg. = | $ | | | 200 | $ |

**Carpeting** (Wall to Wall)                                        Remaining Life

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (Units) | Total Sq. Yds. @ $ | Per Sq. Yd. – | Yrs. = | $ | | $ | |
| (Public Areas) | Total Sq. Yds. @ $ | Per Sq. Yd. – | Yrs. = | $ | | $ | |

Total Replacement Reserves. (Enter on Pg. 1)                                                    $    1,174

## Operating Income Reconciliation

$ 21,090 – $ 2,474 = $ 18,616 ÷ 12 = $ 1,551
Effective Gross Income — Total Operating Expenses — Operating Income — Monthly Operating Income

$ 1,551 – $ = $
Monthly Operating Income — Monthly Housing Expense — Net Cash Flow

(Note: Monthly Housing Expense includes principal and interest on the mortgage, hazard insurance premiums, real estate taxes, mortgage insurance premiums, HOA dues, leasehold payments, and subordinate financing payments.)

Underwriter's Instructions for 2-4 Family Owner-Occupied Properties

- If Monthly Operating Income is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Monthly Operating Income is a negative number, it must be included as a liability for qualification purposes.

- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total Monthly Housing Expense for the **subject property** to the borrower's stable monthly income.

Underwriter's Instructions for 1-4 Family Investment Properties

- If Net Cash Flow is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Net Cash Flow is a negative number, it must be included as a liability for qualification purposes.

- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total monthly housing expense for the borrower's **primary residence** to the borrower's stable monthly income.

Appraiser's Comments *(Including sources for data and rationale for the projections)*
No monthly income/expenses provided which is reflected of monthly cash flow.

| Brian Robinson/Maloney & Company | [signature] | April 21, 2009 |
|---|---|---|
| Appraiser Name | Appraiser Signature | Date |

Underwriter's Comments and Rationale for Adjustments

| Underwriter Name | Underwriter Signature | Date |
|---|---|---|

Freddie Mac
Form 998 Aug 88

Page 2 of 2

Fannie Mae
Form 216 Aug 88

**Supplemental Addendum**

File No.    25013

| Borrower/Client | Iusco | | | | |
|---|---|---|---|---|---|
| Property Address | 3310 W. Wabansia Avenue | | | | |
| City Chicago | | County Cook | | State IL | Zip Code 60647-4925 |
| Lender | Park National Bank | | | | |

• **Small Income -- 10/94: Legal Description**
LOT 23 IN BLK 15 J R LANES RESUB OF BLK 14 & E 1/2 BLK 15 OF E SIMONS SUB OF SE SECTION 35-40-13

• **Small Income -- 10/94:**
Greatest emphasis placed upon the Sales Comparison Appr. when appraising properties similar to the subject. Typ. bldg is purchased for use, not income. This appraisal is a limited scope appraisal communicated by a summary appraisal report. This summary appraisal report is intended for use by the lender/client and/or their assigns for a mortgage finance transaction only. This report is not intended for any other use.

• **Small Income : Site - Adverse Site Conditions or External Factors**
No adverse easements or encroachments observed. The subject property appears to be legal non-conforming due to side yard set back requirements, relative living, etc. This is not uncommon for the area and should not have a negative impact on marketability if priced according. The subject could be rebuilt to its current density if construction begins within one year of destruction.

• **Small Income : Comparable Rentals - Analysis of Rental Data**
All three rentals are located within the immediate area. All three Rentals show strong support for the market rent. The income per square foot was utilized in our analysis to derive the market rent for the subject property. This is considered an accurate market rent indicator which takes into account modernization, size, and location of the comparable rentals. Individual heat vs. central heat was also considered due to the need for the owner to recapture the costs of heating each unit. The income range for the comparable rental data is $.67 to $.90 per square foot per month. Our analysis provided the following monthly rent: Unit 1: $.77 x 1,233 sq.ft. = $950. Unit 2: $.72 x 1,233 sq. ft. = $900.

• **Small Income : Sales Comparison - Summary**
All sales located within the Humboldt Park area, offering similar frame exterior.

C#1 has inferior sq.ft. and bsmt. finishes, superior location along Wrightwood north of Fullerton with superior demand/appeal. C#2 has inferior sq.ft.

C#3 has inferior sq.ft.

See Comparable #4 for add'l data.

We attempted to locate similar sales within the immediate area. Due to the limited number of recent sales within the subject's area/price range, offering similar updated units, larger than typical adjustments were made and older/active sales were selected but considered valid indicators of value after appropriate adjustments were made. No bedroom adjustment due to sq ft adjustment.

**NOTE:**
The appraiser applied a .5% per month downward time adjustment due to the past 120 days have seen extraordinary disruptions in the United States' economy. This includes bank failures, massive bail out plans and government take overs of private entities. It is unclear what impact these events will have on the overall real estate market. However, a negative trend in value is anticipated and a conservative approach to value was pursued.

**Supplemental Addendum**

| | | | |
|---|---|---|---|
| Borrower/Client  Iusco | | | File No.   25013 |
| Property Address  3310 W. Wabansia Avenue | | | |
| City  Chicago | County  Cook | State  IL | Zip Code  60647-4925 |
| Lender   Park National Bank | | | |

PARK NATIONAL BANK

**ENGAGEMENT LETTER**

March 30, 2009

Kevin Maloney
Maloney Appraisal Company, Inc
2446 N Clark St
Chicago, IL  60014

Dear Kevin

This Engagement Letter ("Agreement") is the written agreement between Park National Bank ("PNB" or "Client") and Kevin Maloney ("Appraiser") of Maloney Appraisal Company, Inc for appraisal services. Upon execution of this Agreement, you are authorized to perform appraisal services for the transaction described, according to the terms and conditions specified.

**PROPERTY INFORMATION**

| | |
|---|---|
| Borrower / Project Name | Romeo Iusco |
| Property Contact: | Tom Chan to provide contact info |
| Property Address: | 3310 W Wabansia, Chicago |
| Property Description: | 13-unit apartment building |

**Scope of Work Considerations**

| Interests Appraised | Property Type | Valuation Date | Value Premise | Valuation |
|---|---|---|---|---|
| ☒ Fee Simple | ☐ Vacant Land | ☒ Current | ☒ As-Is | ☒ Market Value |
| ☐ Leased Fee | ☐ Land Development | ☐ Future Date | ☐ As-If Conditions Met | ☐ Bulk Value |
| ☐ Leasehold | ☒ Existing Structure(s) | ☐ Other | (see assumptions/ conditions) | ☐ Gross/Net Retail Sales |
| ☐ Other (see instructions) | ☐ Other (see instructions) | (see instructions) | ☐ Other (see instructions) | ☐ Liquidation Value |
| | | | | ☐ Other (see instructions) |

**Brief Scope of Work Requirements:** All appraisals must include the current market value of the property as-is, as of the date of the appraisal. Other valuations requested:

Other Instructions:

| Client Contacts | Loan Officer | Appraisal Management |
|---|---|---|
| Name | Tom Chan | Tom Pinkston |
| | Vice President | Vice President |
| Address | 801 N Clark St | 801 N Clark Street |
| City, State, Zip | Chicago, IL  60610 | Chicago, Illinois 60610 |
| Phone | 312-335-4598 | 312-335-4559 |
| Fax | 312-335-4612 | 312-664-6306 |
| E-mail | tchan@parknad.com | tpinkston@parknad.com |

Questions regarding the scope of this particular assignment should be directed to the individual signing this letter for the bank Questions regarding the bank's appraisal policies and appraisal standards should be directed to Appraisal Management.

**Fee and Delivery**

| | | | | |
|---|---|---|---|---|
| Appraisal Fee: | $550 | Delivery Date | two weeks | Copies  three (3) |
| Other | | | | |

Deliver one copy to Appraisal Management and the remaining copies to the Loan Officer listed above.

# Supplemental Addendum

File No. 25013

| | | | |
|---|---|---|---|
| Borrower/Client Iusco | | | |
| Property Address 3310 W. Wabansia Avenue | | | |
| City Chicago | County Cook | State IL | Zip Code 60647-4925 |
| Lender Park National Bank | | | |

Standards

- ☐ Client, Users & Use: The report will state that the client is Park National Bank; that the intended Users are Park National Bank, its affiliates, and loan participants"; and that the intended use is "for purposes of loan underwriting, asset management or asset disposition"
- ☐ Compliance: The report will comply with the standards of the 2005 Edition of the Uniform Standards of Professional Appraisal Practice (USPAP), the appraisal policies and procedures of PNB, and the regulations of the Office of the Comptroller of the Currency (OCC), and federal law, including but not limited to the Financial Institutions Reform, Recovery and Rehabilitation Act (FIRREA), as amended. References to federal banking regulation will be made to publication of the OCC.
- ☐ Self-Contained Narrative Report: The report will contain that degree of narrative, supported by pertinent documentation, that reflects the complexity of the appraisal assignment and informs the reader of the logic, reasoning, judgment, and analysis applied by the Appraiser in reaching the value conclusions.
- ☐ Property Inspection: The property will be inspected by the Appraiser, or by a Certified General Appraiser from the Appraiser's Firm. Inspection made solely by a Licensed or Associate appraiser must first be approved by the bank in writing.

Contents

- ☐ Scope of Work: The report will contain a thorough narrative description of the type and extent of research and analyses deemed by the Appraiser to be necessary to complete the assignment. The Scope of Work will be discussed in sufficient detail with the Client prior to acceptance of this assignment. If during the course of the assignment the Appraiser determines that the appropriate Scope of Work varies from that discussed with the Client, that change must be discussed with and approved by the undersigned officer of PNB.
- ☐ Certification: The report will contain the signed Certification of the Appraiser, certifying, among other things, that:
  - ☐ The Appraisal Report has been prepared in compliance with USPAP, FIRREA and other relevant laws and regulations, including those of the OCC, and the policies and procedures of Park National Bank.
  - ☐ The name of the individual(s) who inspected the subject property (see Property Inspection requirements above).
  - ☐ The Appraiser has personally performed, and/or has supervised and approved any material appraisal services performed by others.
  - ☐ The Appraiser accepts full professional responsibility and liability for the appraisal services and report.
  - ☐ The Appraiser is competent to perform the appraisal services, within the meaning prescribed USPAP, or has disclosed any lack of knowledge and/or experience for this assignment and the steps taken to comply with the competency provisions of USPAP;
  - ☐ The Appraiser is a Certified General Appraiser lawfully permitted to appraise property in the state where the property is located;
  - ☐ The Appraiser is an independent contractor and is not an employee, partner, principal or agent of Park National Bank.
  - ☐ The Appraiser performed the appraisal services independently, and has no interest, financial or otherwise, direct or indirect, in the subject property or contemplated transaction, beyond the delivery of these appraisal services in consideration of the Appraisal Fee.
- ☐ Table of Contents;
- ☐ As relevant to effectively describe the property and improvements, improvement sketches or plan reductions, with measurements and other detail sufficiently legible that calculations made by the Appraiser may be independently verified;
- ☐ Description of the rationale and quantitative adjustments made to sales and rental comparables.
- ☐ Legal description of the subject property, in addition to the property identification required by USPAP.
- ☐ Photographs of the subject property and all improved sales and rental comparables.
- ☐ Estimate of the effective age and remaining economic life of any appraised property [illegible]
- ☐ A fully executed copy of this Agreement in the addenda of the report.
- ☐ The license or certification number and expiration date of the Appraiser.

Value Definitions: The Appraiser will rely on the definitions in USPAP and his or her professional judgment to develop the market valuations requested. To the extent these are not defined in USPAP and/or real estate industry participants may have different definitions, the Appraiser should consider PNB's general definitions in developing the value(s).

- ☐ Gross Retail Value: Generally, the aggregate sales value of units within a development, without adjustment or discount for profit, holding period costs, marketing expenses, leasing or sales commissions, tenant improvements or repairs, or other expenses.
- ☐ Net Retail Value: The Gross Retail Value, net of adjustments and discounts for profit, holding period costs, marketing expenses, leasing and sales commissions, tenant improvements or repairs, and other expenses, including adjustment for the time value of money.
- ☐ Bulk Value is the value of the appraised property, as-if sold in an orderly market transaction to a single investor who would then complete the project. Bulk Value should reflect the adjustments and discounts that a market investor would consider in its analysis.
- ☐ Liquidation Value is the value of the appraised property as if sold in a default situation to a market investor, net of the adjustments and discounts such an investor might make in its investment analysis.

Payment: PNB will pay the Appraiser directly, upon receipt of a proper invoice and acceptance of the Appraisal Report by PNB.

Ownership: PNB will own the Appraisal Report, and its supporting documentation, analysis, data or other information used to support its facts, assumptions, conditions and conclusions. To the extent that Appraiser holds this information at its office, Appraiser agrees to timely deliver the information to PNB upon its request. PNB may share the Appraisal Report and/or supporting information with other parties of its choice without restriction and without further notice to, or approval of, Appraiser or his or her firm.

Failure to Deliver by the Delivery Date: If the Appraisal Report will not be delivered by the Delivery Date, the Appraiser will notify the undersigned immediately. PNB may, at its discretion, assess a penalty of up to 10% of the Appraisal Fee for each day the report is past due.

Termination: PNB, at its option, for any reason, with or without cause, may terminate this agreement by giving written notice to Appraiser. If terminated, payment for services will be limited to the lesser of i) the Appraisal Fee, net of any penalty assessed for a past due report, or ii) actual vendor time and out-of-pocket costs incurred in connection with the performance of this agreement, supported by documentation acceptable to PNB, to the date of termination.

Review and Acceptance: PNB reserves the right to review the Appraisal Report, and may require modifications, corrections, additional work or additional information before accepting the same. You agree to work in good faith with PNB to resolve any objections to the Appraisal Report within the restrictions of USPAP, federal law and regulation, and standards of professional conduct. PNB will not be responsible for any expenses incurred in the completion of this assignment, beyond the Appraisal Fee.

Rev 12/11/2005 Page 2 of 3

[illegible]

Confidentiality: PNB is subject to [illegible] laws and regulations regarding the privacy of information. Appraiser acknowledges that it is familiar with and will abide by these laws and regulations in every regard, and will treat as confidential all information furnished by any party in connection with this assignment, including but not limited to PNB, the borrower, property owner, and attorneys, and will not discuss or disclose this information to any party outside of PNB. If the Appraiser is served with a legal notice for discovery of any information, the Appraiser will notify PNB immediately.

Professional Liability: Appraiser and the Appraiser's Firm, if any, accept full professional liability for the contents of the Appraisal Report. Any statement in the Appraisal Report that would limit or diminish that liability will not be valid, even if [illegible]. Appraiser [illegible] that professional liability insurance in an amount not less than $100,000 is currently maintained by the Appraiser, or is maintained by the Appraiser's firm and extends to cover the Appraiser. A copy of the liability insurance declaration will be furnished to PNB upon its request.

Entire Agreement: This Engagement Letter constitutes the entire agreement between the Bank and the Appraiser. Any changes in this Engagement Letter must be authorized in writing by the undersigned, and both parties agree that they will not accept any oral modification of this agreement.

Thank you for accepting this appraisal assignment.

Signature

File No. 25013 | Page #15

**Supplemental Addendum**                                         File No.    25013

| Borrower/Client   Iusco | | | |
|---|---|---|---|
| Property Address  3310 W. Wabansia Avenue | | | |
| City  Chicago | County  Cook | State  IL | Zip Code  60647-4925 |
| Lender    Park National Bank | | | |

Signed and agreed:

Appraiser's Signature: _____  Date: _____
                                                           03/31/2009

                          553.000295                  09/30/2009
Appraiser's Certification #: _____  Exp. Date: _____

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

      * Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

Maloney Appraisal Co. Inc.
Form ACR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**   3310 W. Wabansia Avenue, Chicago, IL 60647-4925

| **APPRAISER:** | **SUPERVISORY APPRAISER (only if required):** |
|---|---|
| Signature: | Signature: |
| Name:  Brian Patterson/Malcolm A. Dunmore | Name:  Kevin P. Gainer |
| Date Signed:  April 21, 2009 | Date Signed:  April 21, 2009 |
| State Certification #:  556-001619 | State Certification #:  553-000295 |
| or State License #: | or State License #: |
| State:  IL | State:  IL |
| Expiration Date of Certification or License:  9/09 | Expiration Date of Certification or License:  9/09 |

☐ Did   ☒ Did Not Inspect Property

Form ACR — *TOTAL for Windows* appraisal software by a la mode, inc. — 1-800-ALAMODE

# MULTI-PURPOSE SUPPLEMENTAL ADDENDUM
# FOR FEDERALLY RELATED TRANSACTIONS

Maloney Appraisal Co. Inc.

| | |
|---|---|
| Borrower/Client  Iusco | |
| Property Address 3310 W. Wabansia Avenue | |
| City  Chicago | County  Cook | State  IL | Zip Code  60647-4925 |
| Lender  Park National Bank | |

This Multi-Purpose Supplemental Addendum for Federally Related Transactions was designed to provide the appraiser with a convenient way to comply with the current appraisal standards and requirements of the Federal Deposit Insurance Corporation (FDIC), the Office of the Comptroller of Currency (OCC), The Office of Thrift Supervision (OTS), the Resolution Trust Corporation (RTC), and the Federal Reserve.

**This Multi-Purpose Supplemental Addendum is for use with any appraisal.  Only those statements which have been checked by the appraiser apply to the property being appraised.**

☒   **PURPOSE & FUNCTION OF APPRAISAL**

The purpose of the appraisal is to estimate the market value of the subject property as defined herein.  The function of the appraisal is to assist the above-named Lender in evaluating the subject property for lending purposes.  This is a federally related transaction.

☒   **EXTENT OF APPRAISAL PROCESS**

☒   The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the subject market area.  The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available.  The original source is presented first.  The sources and data are considered reliable.  When conflicting information was provided, the source deemed most reliable has been used.  Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion.

☒   The Reproduction Cost is based on  Builders Surveyed.
supplemented by the appraiser's knowledge of the local market.

☒   Physical depreciation is based on the estimated effective age of the subject property.  Functional and/or external depreciation, if present, is specifically addressed in the appraisal report or other addenda.  In estimating the site value, the appraiser has relied on personal knowledge of the local market.  This knowledge is based on prior and/or current analysis of site sales and/or abstraction of site values from sales of improved properties.

☒   The subject property is located in an area of primarily owner-occupied single family residences and the Income Approach is not considered to be meaningful.  For this reason, the Income Approach was not used.

☒   The Estimated Market Rent and Gross Rent Multiplier utilized in the Income Approach are based on the appraiser's knowledge of the subject market area.  The rental knowledge is based on prior and/or current rental rate surveys of residential properties.  The Gross Rent Multiplier is based on prior and/or current analysis of prices and market rates for residential properties.

☒   For income producing properties, actual rents, vacancies and expenses have been reported and analyzed.  They have been used to project future rents, vacancies and expenses.

☒   **SUBJECT PROPERTY OFFERING INFORMATION**

According to  CAR/MLS                                                                                      the subject property:
☒   has not been offered for sale in the past:  ☐ 30 days  ☐ 1 year  ☒ 3 years.
☐   is currently offered for sale for $
☐   was offered for sale within the past:  ☐ 30 days  ☐ 1 year  ☐ 3 years    for $
☐   Offering information was considered in the final reconciliation of value.
☐   Offering information was not considered in the final reconciliation of value.
☐   Offering information was not available.  The reasons for unavailability and the steps taken by the appraiser are explained later in this addendum.

☒   **SALES HISTORY OF SUBJECT PROPERTY**

According to  CAR/MLS                                                                                      the subject property:
☒   Has not transferred  ☐ in the past twelve months.  ☐ in the past thirty-six months.  ☒ in the past 5 years.
☐   Has transferred  ☐ in the past twelve months.  ☐ in the past thirty months.  ☐ in the past 5 years.
☒   All prior sales which have occurred in the past 10 years are listed below and reconciled to the appraised value, either in the body of the report or in the addenda.

| Date | Sales Price | Document # | Seller | Buyer |
|---|---|---|---|---|
| 2/99 | 51,000 | | HUD | Iusco |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

☒   **FEMA FLOOD HAZARD DATA**

☒   Subject property is not located in a FEMA Special Flood Hazard Area.
☐   Subject property is located in a FEMA Special Flood Hazard Area.

| Zone | FEMA Map/Panel # | Map Date | Name of Community |
|---|---|---|---|
| X | 17031C0415J | 8/19/2008 | Chicago |

☐   The community does not participate in the National Flood Insurance Program.
☒   The community does participate in the National Flood Insurance Program.
☒   It is covered by a regular program.
☐   It is covered by an emergency program.

Form MPA3 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

## ☒ CURRENT SALES CONTRACT

☒ The subject property is currently not under contract.
☐ The contract and/or escrow instructions were not available for review. The unavailability of the contract is explained later in the addenda section.

☐ The contract and/or escrow instructions were reviewed. The following summarizes the contract:

| Contract Date | Amendment Date | Contract Price | Seller |
|---|---|---|---|
| | | | |

☐ The contract indicated that personal property was not included in the sale.
☐ The contract indicated that personal property was included. It consisted of _____
Estimated contributory value is $ _____
☒ Personal property was not included in the final value estimate.
☐ Personal property was included in the final value estimate.
☐ The contract indicated no financing concessions or other incentives.
☐ The contract indicated the following concessions or incentives: _____

☐ If concessions or incentives exist, the comparables were checked for similar concessions and appropriate adjustments were made, if applicable, so that the final value conclusion is in compliance with the Market Value defined herein.

## ☒ MARKET OVERVIEW    Include an explanation of current market conditions and trends.

3-12    months is considered a reasonable marketing period for the subject property based on   CAR/MLS

## ☒ ADDITIONAL CERTIFICATION

The Appraiser certifies and agrees that:
(1) The analyses, opinions and conclusions were developed, and this report was prepared, in conformity with the Uniform Standards of Professional Appraisal Practice ("USPAP"), except that the Departure Provision of the USPAP does not apply.
(2) Their compensation is not contingent upon the reporting of predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event
(3) This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

## ☒ ADDITIONAL (ENVIRONMENTAL) LIMITING CONDITIONS

The value estimated is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions unless otherwise stated in this report. The appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions. The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively unless otherwise stated in this report. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of hazardous substances or detrimental environmental conditions on or around the property that would negatively affect its value.

## ☒ ADDITIONAL COMMENTS

Previous sales the subject property was in need of renovation.

## ☒ APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION

Appraiser's Signature _____   Effective Date 04/20/09   Date Prepared 04/21/09
Appraiser's Name (print) Susan Robinson/Maloney & Company   Phone # 773 281-6013
State IL   ☐ License   ☒ Certification # 556-001619   Tax ID #

## ☒ CO-SIGNING APPRAISER'S CERTIFICATION

☐ The co-signing appraiser has personally inspected the subject property, both inside and out, and has made an exterior inspection of all comparable sales listed in the report. The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the contents of the report including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing appraiser.
☒ The co-signing appraiser has not personally inspected the interior of the subject property and:
☒ has not inspected the exterior of the subject property and all comparable sales listed in the report.
☐ has inspected the exterior of the subject property and all comparable sales listed in the report.
☐ The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the contents of the report, including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing appraiser with the exception of the certification regarding physical inspections. The above describes the level of inspection performed by the co-signing appraiser.
☒ The co-signing appraiser's level of inspection, involvement in the appraisal process and certification are covered elsewhere in the addenda section of this appraisal.

## ☒ CO-SIGNING APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION

Co-Signing Appraiser's Signature _____   Effective Date 04/20/09   Date Prepared April 21, 2009
Co-Signing Appraiser's Name (print) Kevin P. Maloney   Phone # 773 281-6013
State IL   ☐ License   ☒ Certification # 553-0000295   Tax ID # 36-3159735

Form MPA3 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

### Building Sketch (Page - 1)

| | | | | |
|---|---|---|---|---|
| Borrower/Client  Iusco | | | | |
| Property Address 3310 W. Wabansia Avenue | | | | |
| City   Chicago | County   Cook | | State   IL | Zip Code   60647-4925 |
| Lender   Park National Bank | | | | |



Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Size | Net Totals |
| GLA1 | First Floor | 1233.72 | 1233.72 |
| GLA2 | Second Floor | 1233.72 | 1233.72 |
| | | | |
| TOTAL LIVABLE | (rounded) | | 2467 |

| LIVING AREA BREAKDOWN | |
|---|---|
| Breakdown | Subtotals |
| First Floor | |
| 20.7  x   59.6 | 1233.72 |
| Second Floor | |
| 20.7  x   59.6 | 1233.72 |
| | |
| 2 Calculations Total (rounded) | 2467 |

**Location Map**

| Borrower/Client | Iusco | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3310 W. Wabansia Avenue | | | | | |
| City | Chicago | County | Cook | State | IL | Zip Code 60647-4925 |
| Lender | Park National Bank | | | | | |



File No. 25013 Page #22

## Subject Photo Page

| Borrower/Client | Iusco | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3310 W. Wabansia Avenue | | | | | |
| City | Chicago | County | Cook | State | IL | Zip Code 60647-4925 |
| Lender | Park National Bank | | | | | |



**Subject Front**

3310 W. Wabansia Avenue
Sales Price:
GBA:          2.466
Age:          119A/10E



**Subject Rear**



**Subject Street**

## Comparable Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client  Iusco | | | |
| Property Address  3310 W. Wabansia Avenue | | | |
| City  Chicago | County  Cook | State  IL | Zip Code  60647-4925 |
| Lender  Park National Bank | | | |



### Comparable 1

3555 W. Wrightwood
Sales Price:   298,500
GBA:          2,208
Age:          101A/10E



### Comparable 2

3525 W. Lyndale
Sales Price:   260,000
GBA:          1,638
Age:          106A/15E



### Comparable 3

1854 N. Richmond
Sales Price:   298,000
GBA:          1,936
Age:          119A/10E

## Comparable Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client  Iusco | | | |
| Property Address  3310 W. Wabansia Avenue | | | |
| City  Chicago | County  Cook | State  IL | Zip Code  60647-4925 |
| Lender  Park National Bank | | | |



**Comparable 4**
1725 N. Monticello
| | |
|---|---|
| Sales Price: | 329,700 |
| GBA: | 1,986 |
| Age: | 111A/5E |

**5**

Sales Price:
GBA:
Age:

**6**

Sales Price:
GBA:
Age: