IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | No. 09 B 41945 |
| ROMEO IUSCO and MONICA IUSCO ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Judge Jacqueline Cox |
| ) | |
| ) | |

## ORDER GRANTING US BANK, N.A.'S MOTION
## FOR RELIEF FROM AUTOMATIC STAY

This cause coming before the Court on US Bank, N.A.'s Motion for Relief from the Automatic Stay, due notice having been given and the court being duly advised in the premises and having been provided with evidence of US Bank N.A.'s additional $450.00 payment to the Bankruptcy Court Clerk:

**IT IS HEREBY ORDERED:**

1.  US Bank, N.A. is granted relief from the Automatic Stay to permit it to proceed with the following state court actions: (i) the replevin of that certain 2007 Cadillac Escalade, VIN 1GYFK63897R160631 owned by Debtors and in which the Bank maintains a perfected first priority security interest; and (ii) the foreclosures of those certain parcels of real estate owned by Debtors and commonly known as,

   A.  3001 N. Spaulding Ave., Chicago, IL 60618;
   B.  4716 W. Shakespeare Ave., Chicago, IL 60639
   C.  3310 W. Wabansia, Chicago, IL 60647; and
   D.  8651 Harms Rd., Skokie, IL 60077

2.  The ten (10) day stay pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived.

Dated:  1-20-10

J.Cox  *Jacqueline P. Cox*
BANKRUPTCY JUDGE

Edmond M. Burke
Francisco E. Connell
CHUHAK & TECSON, P.C.
Attorney for Banco Popular
33 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 444-9300

953125\1\19693\37778