IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ROMEO IUSCO and MONICA IUSCO | ) | Case No. 09-41945 |
| | ) | |
| Debtors and Debtors in Possession. | ) | Honorable Judge Jacqueline Cox |
| | ) | |

## AGREED ORDER

This matter coming to be heard on the Debtors' Motion to Vacate the January 20, 2010 order granting US Bank a relief from the automatic stay and waiving the ten-day stay pursuant to Rule 4001(a)(3), due notice having been given and the parties being in agreement,

IT IS HEREBY ORDERED that Debtors' motion to vacate the Court's order of January 20, 2009 with respect to the Debtors' residence at 8651 W. Harms Rd., Skokie, Illinois 60077, is entered and continued to February 11, 2010 at 10:00 A.M. Assuming no significant change in circumstances, the Debtors have indicated their intention to withdraw the motion on that date so that the Court's Order of January 20, 2010 will remain in full force and effect.

Dated: 2/2/10

BY THE COURT

J.Cox   *Jacqueline P. Cox*
_____
The Honorable Jacqueline Cox
U.S. Bankruptcy Judge

This order was prepared by
FORREST L. INGRAM, P.C.