IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Romeo Iusco and | ) Honorable Jacqueline Cox |
| Monica Iusco | ) |
| | ) |
| Debtor. | ) Case No. 09-41945 |
| | ) |

## CERTIFICATE OF SERVICE

To:   See attached service list

    I, Michael V. Ohlman, an attorney, certify that I have served a true and correct copy of the order and notice setting time to file claims on those whose names appear on the attached services list by electronic case filing, or by U.S. Mail, as indicated on the list, on March 1, 2010.

/s/ Michael V. Ohlman

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Phillip Groben #6299914
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

## SERVICE LIST

**Via US Mail**

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604

ALBERT LAW FIRM P.C.
205 W. RANDOLPH ST., STE 920
Chicago, IL 60606

ARNSTEIN & LEHR LLP
120 S. RIVERSIDE PLAZA
SUITE 1200
Chicago, IL 60606-3910

Adelphia Adventures
5045 N. Harlem Ave.
Chicago, IL 60656

Alex Johnson
c/o Ottenheimer Teplinsky
750 Lake Cook Road, Ste 140
Buffalo Grove, IL 60089

American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355

Ashland Condo Assn
3641-3643 N. Ashland
Chicago, IL 60618

Aspire
PO Box 105555
Atlanta, GA 30348

Barclays Bank Delaware
Attn: Customer Support Dept
PO Box 8833
Wilmington, DE 19899

Blatt Hassenmiller
125 South Wacker Dr.
Suite 400
Chicago, IL 60606
CARD SERVICES
P.O. BOX 13337
Philadelphia, PA 19101-3337

CARDMEMBER SERVICE
P.O. BOX 15153
Wilmington, DE 19886-5153

CIESLA & CIESLA, P.C.
838 SKOKIE BLVD.
Northbrook, IL 60062

CITY OF CHICAGO
Corporate Counsel
30 N. LaSalle, #800
Chicago, IL 60602

CITY OF CHICAGO
Corporation Counsel
30 N. LaSalle, #800
Chicago, IL 60602

COM ED
P.O. BOX 6111
Carol Stream, IL 60197-6111

Capital One Bank
Att. TSYS Debt Management
PO Box 5155
Norcross, GA 30091

Capital One Bank
Attn: C/O TSYS Debt Management
PO Box 5155
Norcross, GA 30091

Capital One Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

Citibank USA
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

City of Chicago
Department of Water
PO Box 6330
Chicago, IL 60680-6330

Collection Co. of US Cellular
7000 Lonwater Dr
Norwell, MA 02061

Cook County Treasurer
Law Department
118 N. Clark Street, Room 212
Chicago, IL 60602

Devon Bank
6445 N. Western Ave.
Chicago, IL 60645

Future Builders and Developers, Inc
8651 Harms Road
Skokie, IL 60077

GARY WEISS, PC
30 N. LASALLE ST.
Chicago, IL 60602

HSBC Card Services
PO BOX 37281
Baltimore, MD 21297-3281

Harris and Harris Ltd
222 Merchandise Mart Plz
Chicago, IL 60654

JAYENDRA PETER
3002 PRAIRIE KNOLL COURT
Houston, TX 77059

KOHLS/CHASE
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

LTD FINANCIAL SERVICES
LVNV FUNDING, LLC
PO Box 740281
Houston, TX 77274

MACY/FDSB
Macy Bankruptcy
PO Box 8053
Mason, OH 45040

NCO FINANCIAL SYSTEM
507 Prudential Rd
Horsham, PA 19044

PAUL MINAR
1249 N. GREENVIEW AVE., #3
Charlotte, NC 28201-1233

Park National Bank
c/o Edmund Burke, Chuhak & Tescon
30 S. Wacker Dr., Ste 2600
Chicago, IL 60606

People's Energy
130 E Randolph
Chicago, IL 60601

Peoples Gas
C/O Bankruptcy Department
130 E. Randolph Drive
Chicago, IL 60602

RICHARD ALAIMO
c/o ROACH JOHNSON & THUT
415 W. WASHINGTON, STE 103
Waukegan, IL 60085

Southport Bank
7027 Green Bay Road
Kenosha, WI 53142