# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Romeo and Monica Iusco__ Case No. __09-41945__ Chapter __11__

All Cases: Moving Creditor __Devon Bank__ Date Case Filed __11/5/09__

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
         ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☑ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date $ __480,281.20__
   Total of all other Liens against Collateral $ __700,959.78__

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $ __650,000.00 based on Debtor's Schedule__

5. Default
   a. ☑ Pre-Petition Default
      Number of months __10__   Amount $ __480,281.20__

   b. ☑ Post-Petition Default
      i.  ☐ On direct payments to the moving creditor
          Number of months __5__   Amount $ __480,281.20__

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months ____   Amount $ ____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☑ Taxes unpaid   Amount $ __Unknown__
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☑ No Statement of Intention Filed

Date: __3/16/2010__                              __Ernest D. Simon__
                                                  Counsel for Movant

(Rev. 12 /21/09)