IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| | ) Case No. 09-41945 |
| ROMEO IUSCO and MONICA IUSCO | ) |
| | ) Hon. Judge Jacqueline P. Cox |
| Debtors. | ) |
| | ) |

**ORDER GRANTING DEVON BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

This cause coming before the Court on Devon Bank's Motion for Relief from the Automatic Stay, due notice having been given and the court being duly advised in the premises and having been provided with evidence of Devon Bank's $150.00 payment to the Bankruptcy Court Clerk:

**IT IS HEREBY ORDERED:**

1. Devon Bank is granted Relief from the Automatic Stay to permit it to the Foreclose on that certain parcel of real estate owned by Debtors and commonly known as, 8651 Harms Road, Skokie, Illinois 60077.

2. The ten (10) day stay pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived.

Dated: _____            _____
                                         BANKRUPTCY JUDGE

Ernest D. Simon (esimon@erniesimon.com)
Attorneys for Creditor
105 W. Adams, Suite 1400
Chicago, Illinois 60603
Telephone: (312) 205-1030