# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Romeo Iusco and Monica Iusco | ) | Judge Jacqueline Cox |
| | ) | |
| Debtors. | ) | Case No. 09-41945 |
| | ) | |
| | ) | Hearing: November 30, 2009 9:30 AM |

## ORDER ALLOWING EMPLOYMENT OF ATTORNEYS

This matter came to be heard on the application of the Debtors and Debtors in Possession, ROMEO IUSCO and MONICA IUSCO, for authority to employ the attorneys of FORREST L. INGRAM, P.C. as their attorneys in this Chapter 11 case. Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED** that Debtors and Debtors in Possession are authorized, pursuant to 11 U.S.C. § 327(a), to employ Forrest L. Ingram, Peter L. Berk, Michael V. Ohlman, and FORREST L. INGRAM, P.C. to represent the Debtors and Debtors in Possession in this Chapter 11 case in accordance with the Engagement Agreement between the parties, and that **FORREST L. INGRAM, P.C.**, may apply for fees every two months that Debtors are in Chapter 11.

This order is effective retroactively to November 4, 2009.

Dated: 12-1-09

BY THE COURT

*Jacqueline P. Cox*
J.Cox

_____
The Honorable Judge Jacqueline Cox
U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.

**EXHIBIT A**