**Forrest L. Ingram, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 900
Chicago, IL 60603-4907

Iusco

| Date | Nature | Item | Atty | Time | Fee |
|---|---|---|---|---|---|
| 11/4/09 | Admin | Meet with Romeo and Monica Iusco re data needed for chapter 11 filing; review CCCs. Direct MO to research issues relating to emergency filing. | FLI | 1.5 | $660.00 |
| 11/5/09 | Admin | Review spreadsheets from Monica; enter new data, correct errors, prepare for filing chapter 11. | FLI | 0.5 | $220.00 |
| 11/5/09 | Admin | Spoke with Monica re details missing from list of creditors; make additions. | FLI | 0.3 | $132.00 |
| 11/5/09 | Admin | Complete and file voluntary petition and 20 largest creditors in emergency filing. | FLI | 0.4 | $176.00 |
| 11/5/09 | Admin | Direct MO to send notice of the chapter 11 to Edmund Burke and to Judicial Sales Corporation to halt the sale schedueld for 10:30 A.M. today. Check that it was done immediately. | FLI | 0.2 | $88.00 |
| 11/5/09 | Admin | Print docket sheet; pepare folder. | FLI | 0.1 | $44.00 |
| 11/5/09 | Admin | Spoke with Monica to inform her of chapter 11 filing. | FLI | 0.1 | $44.00 |
| 11/5/09 | Admin | Direct MO to call Edmund Burke to make sure he is aware of the filing. | FLI | 0.1 | $44.00 |
| 11/5/09 | Admin | meeting with FLI re: filing of Ch. 11 | MOV | 0.2 | $40.00 |
| 11/5/09 | Admin | drafted letter to opp counsel (Burke) re: bk stay and cancel the sheriff's sale | MOV | 0.2 | $40.00 |
| 11/5/09 | Admin | fax to judicial sale re: cancel judicial sale of property | MOV | 0.2 | $40.00 |
| 11/7/09 | Admin | filed CCC and dec of e-filing | MOV | 0.2 | $40.00 |
| 11/7/09 | Admin | prepared motion to employ as counsel with affidavit and exhibits | MOV | 0.7 | $140.00 |
| 11/7/09 | Admin | filed motion to employ as counsel and mailed to client | MOV | 0.4 | $80.00 |
| 11/12/09 | Admin | Spoke with Monica re schedules, court hearings, and personal liabilities on LLC properties. | FLI | 0.1 | $44.00 |
| 11/13/09 | Admin | Spoke with Monica re meeting to review new data for schedules. | FLI | 0.1 | $44.00 |
| 11/14/09 | Admin | Meet with Romeo and Monica re information for schedules and SOFA. Direct VC to enter data. | FLI | 0.8 | $352.00 |
| 11/14/09 | Admin | Meet with RI and MI to review detailed spreadsheets for schedules. | FLI | 0.5 | $220.00 |
| 11/14/09 | Admin | Scan in and email to clients the update drafts of schedules A-J and SOFA. | FLI | 0.2 | $88.00 |
| 11/14/09 | Admin | reviewed/revised schedule info | VC | 1.6 | $280.00 |

EXHIBIT B

| Date | Role | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/17/09 | Admin | Spoke with Monica re rescheduling IDI. | FLI | 0.1 | $44.00 |
| 11/17/09 | Admin | Draft extensive email to clients re IDI, 341(a), schedules, and motions. Send. | FLI | 0.2 | $88.00 |
| 11/17/09 | Admin | Review notice from Citibank re NSF check. Send voice mail and email messages to clients. | FLI | 0.2 | $88.00 |
| 11/17/09 | Admin | filed application to employ, phone call with J. Cox clerk re: change in date, revised date and re-filed | MOV | 0.5 | $100.00 |
| 11/17/09 | Admin | prepared mailing for application to employ, mailed the same | MOV | 0.4 | $80.00 |
| 11/18/09 | Admin | Spoke with R. Iusco re returned check. | FLI | 0.1 | $44.00 |
| 11/22/09 | Admin | Review email from MO re work on various tasks assigned to him. | FLI | 0.1 | $44.00 |
| 11/23/09 | Admin | atty conference with VC and BO re: lis pendens actions and research re: same | MOV | 0.3 | $60.00 |
| 11/24/09 | Admin | prepared correspondence to opp. Counsel in cook county matters re: litigation stay | MOV | 0.3 | $60.00 |
| 11/24/09 | Admin | prepared correspondence to client re: letters sent to counsel re: 362 | MOV | 0.2 | $40.00 |
| 11/28/09 | Admin | Draft initial case management; distribute to legal team with instructions on what each is to do. | FLI | 0.5 | $220.00 |
| 12/1/09 | Admin | Meet with clients, PG, and MO re completing schedules, discussing pending litigation, and determining strategies for a successful reorganization. | FLI | 1.9 | $836.00 |
| 11/30/09 | Admin | Spoke with RI re motion filed by Bank against Spaulding property. | FLI | 0.1 | $44.00 |
| 11/30/09 | Admin | Review email from client; respond. | FLI | 0.2 | $88.00 |
| 12/1/09 | Admin | Update Case Management. | FLI | 0.2 | $88.00 |
| 12/1/09 | Admin | Direct clients to prepare operating reports and complete schedules. | FLI | 0.2 | $88.00 |
| 12/1/09 | Admin | phone call to Nanette Block re: escrow | MOV | 0.1 | $20.00 |
| 12/1/09 | Admin | phone call to H Teplinsky re: lis pendes | MOV | 0.1 | $20.00 |
| 12/1/09 | Admin | phone call to D. Gearhardt re: lis pendes | MOV | 0.1 | $20.00 |
| 12/1/09 | Admin | phone call with D Gearhardt re: lis pendes | MOV | 0.2 | $40.00 |
| 12/1/09 | Admin | Phone call with Nanette Block from Heritage Title re: escrow funds, must call legal counsel | MOV | 0.2 | $40.00 |
| 12/1/09 | Admin | Schedule review and update | PG | 1.7 | $297.50 |
| 12/1/09 | Admin | IDI preperations | PG | 0.8 | $140.00 |
| 12/1/09 | Admin | IDI | PG | 1.0 | $175.00 |
| 12/1/09 | Admin | Meeting with clients re: case strategies and schedule issues | PG | 2.1 | $367.50 |

| Date | Type | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/1/09 | Admin | Email to client re: list of issues which need to be addressed before amended schedules can be filed | PG | 1.4 | $245.00 |
| 12/3/09 | Admin | Review email from MO re various urgent actions to be taken with respect to recovering property of the estate. Discuss same with MO. | FLI | 0.3 | $132.00 |
| 12/3/09 | Admin | Spoke with RI re gathering information needed to complete schedules and to provide evidence to support motion to turnover property. | FLI | 0.2 | $88.00 |
| 12/3/09 | Admin | Direct PG to add data to Schedule B and to work with MO re mortions to compel turnover of property. | FLI | 0.1 | $44.00 |
| 12/3/09 | Admin | Schedule Update: Schedule B, SOFA | PG | 0.7 | $122.50 |
| 12/4/09 | Admin | Spoke with RI re strategy and re documents needed for pusuing motions. | FLI | 0.1 | $44.00 |
| 12/4/09 | Admin | Schedules A-E, G-J finalization | PG | 4.7 | $822.50 |
| 12/7/09 | Admin | Discuss with PG the filing of lusco schedules. | FLI | 0.1 | $44.00 |
| 12/7/09 | Admin | Discuss with MO the information still needed from clients to file motion to compel turnover of funds. | FLI | 0.1 | $44.00 |
| 12/7/09 | Admin | phone call with client (RI) re: outstanding matters and escrow | MOV | 0.2 | $40.00 |
| 12/7/09 | Admin | meeting with luscos re: 3.41 and outstanding issues (LLCs, advs) | MOV | 1.1 | $220.00 |
| 12/7/09 | Admin | Statement of Financial Affairs finalization | PG | 2.0 | $350.00 |
| 12/7/09 | Admin | Schedule F finalization | PG | 0.8 | $140.00 |
| 12/7/09 | Admin | Email to client re: form b26 reporting requirements | PG | 0.2 | $35.00 |
| 12/7/09 | Admin | Filing schedules | PG | 0.8 | $140.00 |
| 12/8/09 | Admin | reviewed receiver's reports - notes to file (water lien was pre-receiver, electric was fixed) | MOV | 0.8 | $160.00 |
| 12/8/09 | Admin | Preparation for 341 meeting | PG | 0.8 | $140.00 |
| 12/8/09 | Admin | 341 meeting | PG | 0.7 | $122.50 |
| 12/10/09 | Admin | Spoke with PG re monitoring clients' completion of B26 filing and filings required under FRBP 2015.3. | FLI | 0.1 | $44.00 |
| 12/11/09 | Admin | phone call to E. Burk re: request to show properties | MOV | 0.1 | $20.00 |
| 12/11/09 | Admin | email to client re: appointment ot sell | MOV | 0.2 | $40.00 |
| 12/11/09 | Admin | call to receiver re: appointment to show property to potential buyers | MOV | 0.2 | $40.00 |
| 12/11/09 | Admin | email to E Burke and client re: appointment to show property to potential buyers | MOV | 0.1 | $20.00 |
| 12/11/09 | Admin | Email to client re: November operating reports due | PG | 0.1 | $17.50 |
| 12/12/09 | Admin | phone call to client (MI) re: property appointment | MOV | 0.1 | $20.00 |
| 12/15/09 | Admin | phone call with client - reviewed file materials for filing | MOV | 0.2 | $40.00 |

| Date | Type | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/15/09 | Admin | Phone call with client re: Form B26 and monthly operating report requirements | PG | 0.3 | $52.50 |
| 12/15/09 | Admin | Preparation (.3) and filing (.2) of monthly cash summaries | PG | 0.5 | $87.50 |
| 12/21/09 | Admin | phone call to R Iusco re: issues with property | MOV | 0.1 | $20.00 |
| 12/21/09 | Admin | phone call from client re: issues with properties subject to receiver | MOV | 0.2 | $40.00 |
| 12/21/09 | Admin | reviewed tax returns and file materials from LLC for lis pendens | MOV | 0.6 | $120.00 |
| 12/21/09 | Admin | prepared emails to client re: motion to compel receiver | MOV | 0.2 | $40.00 |
| 12/21/09 | Admin | phone call with client re: pipes (MII, water pipes burst, no hot water etc. | MOV | 0.2 | $40.00 |
| 12/22/09 | Admin | email to clients re: pipes | MOV | 0.2 | $40.00 |
| 12/22/09 | Admin | phone call with E Burke re: pipes burst, reviewed emails re: same with pictures | MOV | 0.4 | $80.00 |
| 12/22/09 | Admin | prepared email to E Burke re: please fix pipes | MOV | 0.1 | $20.00 |
| 12/23/09 | Admin | reviewed email from client, responsed re: property at 5101 | MOV | 0.2 | $40.00 |
| 12/29/09 | Admin | prepared filing with notice of filing, motions and exhibits | MOV | 0.5 | $100.00 |
| 12/30/09 | Admin | prepared email to clients with motion and reply | MOV | 0.2 | $40.00 |
| 12/31/09 | Admin | phone call to client (MI) re: properties gas bills and discussed association fees, motion to compel on Monday and outstanding issues | MOV | 0.3 | $60.00 |
| 1/3/10 | Admin | Prepared document for M. Pappas re: property holdings | MOV | 0.3 | $66.00 |
| 1/5/10 | Admin | Discuss strategies with MO. | FLI | 0.2 | $90.00 |
| 1/11/10 | Admin | Phone call re: open issues and motion for reconsideration | MOV | 0.3 | $66.00 |
| 1/14/10 | Admin | Phone call with R Iusco re: operating reports, no motion to reconsider and other matters | MOV | 0.2 | $44.00 |
| 1/18/10 | Admin | Filing of December disbursement summary | PG | 0.2 | $39.00 |
| 1/21/10 | Admin | prepared and filed motion to vacate order | VC | 0.6 | $117.00 |
| 1/25/10 | Admin | Spoke with MO re status of case. | FLI | 0.4 | $180.00 |
| 1/25/10 | Admin | phone call to Romeo re: properties - left message | MOV | 0.1 | $22.00 |
| 1/26/10 | Admin | phone call with client re: court appearance and DIP financing | MOV | 0.3 | $66.00 |
| 1/27/10 | Admin | email to clients with status reports | MOV | 0.2 | $44.00 |
| 1/27/10 | Admin | emailed appraisals | MOV | 0.2 | $44.00 |
| 1/29/10 | Admin | Dropping off documents to Judge Cox's Chambers | Clerk2 | 0.3 | $27.00 |
| 2/1/10 | Admin | Phone call with client re: automatic stay | MOV | 0.2 | $44.00 |
| 2/2/10 | Admin | email to E. Burke and Client re: payoff letter | MOV | 0.2 | $44.00 |
| 2/3/10 | Admin | Monitor court rulings and correspondence between MO and clients. | FLI | 0.1 | $45.00 |
| 2/5/10 | Admin | phone call with client re: financing and correspondence between MO and other options | MOV | 0.2 | $44.00 |

| Date | Type | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 2/5/10 | Admin | phone call with client re: personal guarantees, disposition of property, firm offer on all properties etc. | MOV | 0.5 | $110.00 |
| 2/5/10 | Admin | phone call with client RI re: personal liability for unsecured debts, DS&P | MOV | 0.4 | $88.00 |
| 2/15/10 | Admin | Phone call re: LLCs and Park National Issues | MOV | 0.3 | $66.00 |
| 2/16/10 | Admin | Spoke with MO re his conversation with RI re decisions about going forward with chapter 11. | FLI | 0.1 | $45.00 |
| 2/16/10 | Admin | Phone call with client RI re: status of case, negotiations, previous hearings | MOV | 0.4 | $88.00 |
| 2/16/10 | Admin | Phone call with client MI re: status of case and negotiations | MOV | 0.3 | $66.00 |
| 2/16/10 | Admin | Phone call to E Burke re: offer for properties - LVM | MOV | 0.1 | $22.00 |
| 2/19/10 | Admin | Meet with MO to prepare for meeting with clients on Monday. | FLI | 0.2 | $90.00 |
| 2/19/10 | Admin | Email to clients re: open issues | MOV | 0.2 | $44.00 |
| 2/25/10 | Admin | Discuss strategies and directions for chapter 11 case with MO after his meeting with clients. | FLI | 0.2 | $90.00 |
| 2/25/10 | Admin | Meeting with clients re: open issues and progress going forward | MOV | 0.7 | $154.00 |
| 2/26/10 | Admin | prepared certificate of service for motion to bar | MOV | 0.2 | $44.00 |
| 12/1/09 | Adv | meeting with FLI, VC re: motion and conterclaim strategies | MOV | 0.6 | $120.00 |
| 2/8/10 | Adv | Review adversary complaint against debtors. Send to MO for further review and commentary. | FLI | 0.2 | $90.00 |
| 1/4/10 | App | Directed MO to research issues for motion to reconsider and for appeal. | FLI | 0.2 | $90.00 |
| 11/14/09 | CM | Review state court foreclosure actions against Debtors' properties and discuss motion to compel receiver to turn over the properties to the Debtor. | FLI | 0.3 | $132.00 |
| 11/14/09 | CM | Meet with RI and MI to determine priorities with respect to properties in the hands of a receiver. | FLI | 0.5 | $220.00 |
| 11/14/09 | CM | Draft letter to Ed Burke re turnover of property to the debtors by the receiver. | FLI | 0.5 | $220.00 |
| 11/16/09 | CM | Review email from Monica approving letter to Burke. Make minor change to letter and send to Burke, copy to clients. | FLI | 0.2 | $88.00 |
| 11/17/09 | CM | Direct MO to contact clients and to prepare motions to turn over escrowed funds and to vacate lis pendens. | FLI | 0.2 | $88.00 |
| 11/23/09 | CM | Review, revise, and discuss with MO Debtor's motion to compel the receiver to turn over property to the debtors. | FLI | 0.3 | $132.00 |

| Date | Initials | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 12/1/09 | CM | Prepare for court and court appearance re motion to compel receiver to turn over to debtors property of the estate. | | 0.4 | $176.00 |
| 12/1/09 | CM | Direct MO to draft motion to release money in escrow to Debtors. | FLI | 0.1 | $44.00 |
| 12/1/09 | CM | Direct MO to draft mottion to rele4ase lis pendens on various interest of the debtors in real and personal property. | FLI | 0.2 | $88.00 |
| 12/2/09 | CM | Direct MO to contact title company to obtain release of funds in escrow. He will draft assignment to debtors. | | 0.1 | $44.00 |
| 12/2/09 | CM | Strategy session with MO, VC, and PG re dealing with claim against Alex Johnson et al. and responding to possible adversary to be filed by Johnson et al. | FLI | 0.7 | $308.00 |
| 12/2/09 | CM | Retrieve message from attorney for Mcommercial Bank re foreclsoure action against 3536 N. Lincoln, LLC. | FLI | 0.1 | $44.00 |
| 12/4/09 | CM | Spoke with MO re status of motion to compel turnover of escrow funds. He is awaiting documentation from clients. | FLI | 0.1 | $44.00 |
| 12/21/09 | CM | Review emails replying to bank's response to motion to compel. | FLI | 0.1 | $44.00 |
| 12/22/09 | CM | Review and respond to email from MO re receiver and burst pipes at Spaulding property. | FLI | 0.1 | $44.00 |
| 1/4/10 | CM | Spoke with MO re presenting argument before Judge Cox re motion to compel turnover of property by receiver. | FLI | 0.1 | $45.00 |
| 1/4/10 | CM | Email to clients letter re results of motion to compel, possible motion to reconsider, possible appeal, and possible settlement with Bank. | FLI | 0.2 | $90.00 |
| 1/4/10 | CM | Spoke at length with MO re Judge Cox's adverse ruling, denying our motion to compel and granting implied motion of bank to maintain possession. | FLI | 0.2 | $90.00 |
| 1/4/10 | CM | Spoke with RI re court's ruling, possible actions to be taken, financing, and other matters. | FLI | 0.2 | $90.00 |
| 1/8/10 | CM | Email to clients re need to act before 1/14/10 if they want to ask the court to reconsider its order of 1/4/09. | FLI | 0.2 | $90.00 |
| 1/8/10 | CM | Exchange emails with Romeo re his decision not to pursue a motion to reconsider Judge Cox's order. | FLI | 0.1 | $45.00 |
| 1/15/10 | CM | Review US Bank motion for relief from stay. Email same to clients with request for response. | FLI | 0.2 | $90.00 |
| 1/15/10 | CM | Spoke with RI re US Bank's motion to lift stay; discussed requesting time to respond. Also discussed financing possibilities. | FLI | 0.2 | $90.00 |

| Date | Category | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 1/21/10 | CM | Phone call to opp counsel re: stay | MOV | 0.3 | $66.00 |
| 1/25/10 | CM | Spoke with MO re his conversation with E. Burke and his communication with RI. Discuss strategy. | FLI | 0.2 | $90.00 |
| 1/27/10 | CM | Conerence with MO re court rulings re motions to lift stay. | FLI | 0.2 | $90.00 |
| 1/27/10 | CM | prepared for motion to vacate order lifting stay | MOV | 0.3 | $66.00 |
| 1/27/10 | CM | appeared in court on motion to lift stay - attorney conference with A Burke re: agreement on properties | MOV | 0.7 | $154.00 |
| 1/27/10 | CM | Prepared Agreed Draft Order to modify the order lifting stay | MOV | 0.5 | $110.00 |
| 2/1/10 | CM | email to E. Burke re: vehicle loan | MOV | 0.2 | $44.00 |
| 2/5/10 | CM | attorney conference with FLI re: deficiency judgments | MOV | 0.2 | $44.00 |
| 2/12/10 | CM | Prepared Motion to set claims bar date and order - filed the same | MOV | 0.6 | $132.00 |
| 2/15/10 | CM | Review document impropeerly filed on behalf of various complainants; direct MO to ignore until property filed. | FLI | 0.2 | $90.00 |
| 2/18/10 | CM | Spoke with MO re status of lusco's offers to purchase real property and other matters. | FLI | 0.2 | $90.00 |
| 2/19/10 | CM | Review MO's email to clients are imporporely filed adversary; respond. | FLI | 0.1 | $45.00 |
| 2/5/10 | Cred | email to opp counsel EB re: offer on properties | MOV | 0.1 | $22.00 |
| 2/3/10 | DS&P | Spoke with MO re status of disclosure statement and plna. | FLI | 0.1 | $45.00 |
| 2/5/10 | DS&P | Discuss with MO various provisions for the Pln. | FLI | 0.2 | $90.00 |
| 2/19/10 | DS&P | Spoke with RI to arrange meeting to discuss plan. | FLI | 0.1 | $45.00 |
| 12/1/09 | Employ | Prepare for court; confer with trustee; present motion to be employed as counsel; get order entered. | FLI | 0.4 | $176.00 |
| 12/1/09 | Employ | prepared for hearing on Mtn to employ and mtn to compel | MOV | 0.3 | $60.00 |
| 12/1/09 | Employ | appeared in court on mtn to compel and employ | MOV | 0.4 | $80.00 |
| 2/8/10 | Fin | Reviewed message from Devon Bank's attorney; directed MO to call Ernest Simon. | FLI | 0.1 | $45.00 |
| 2/9/10 | Fin | Review message from Ernest Simon; relay message to MO and direct him to contact Simon. | FLI | 0.1 | $45.00 |
| 2/9/10 | Fin | phone call to Ernie Simon re: financing | MOV | 0.1 | $22.00 |
| 1/16/10 | Ins | Received voice mail message from Devon Bank re fire insurance. Send email to clienrts re same. | FLI | 0.1 | $45.00 |
| 11/20/09 | Pre-Tr | researched receiver and sec 543(a)-(c) cases and statutes re: leases and funds collected in previouse months and going forward | MOV | 2.3 | $460.00 |

| Date | Type | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/20/09 | Pre-Tr | Prepared Motion to Compel Receiver to turnover and motion for receiver to turnover reports | MOV | 2.1 | $420.00 |
| 11/23/09 | Pre-Tr | reviewed pleadings from case 08L006125 | MOV | 0.7 | $140.00 |
| 11/23/09 | Pre-Tr | reviewed pleadings and docket history from case in Houston 09-28311 | MOV | 0.9 | $180.00 |
| 11/23/09 | Pre-Tr | drafted corresopondence to atty in Houston re: sec 362, with attachments | MOV | 0.3 | $60.00 |
| 11/24/09 | Pre-Tr | Revised and edited motion to compell turnover and motion to compell reports, service list and notice of filing | MOV | 1.2 | $240.00 |
| 11/24/09 | Pre-Tr | filed motion to compel with notice | MOV | 0.3 | $60.00 |
| 11/24/09 | Pre-Tr | drafted and filed amended notice to compel and mailed to clients, opp. Counsel | MOV | 0.5 | $100.00 |
| 12/1/09 | Pre-tr | IDI | MOV | 1.0 | $200.00 |
| 12/29/09 | Pre-tr | prepared headings 1-7 in reply brief for motion to compel receiver | MOV | 1.1 | $220.00 |
| 12/29/09 | Pre-tr | prepared headings 8-9 and researched the elements needed to comnpel receiver | MOV | 1.0 | $200.00 |
| 12/29/09 | Pre-tr | prepared conclusion and application section for motion to compel receiver - met with FLI re: same | MOV | 0.5 | $100.00 |
| 12/29/09 | Pre-tr | edited and revised reply motion to compel receiver | MOV | 0.4 | $80.00 |
| 1/3/10 | Pre-tr | Reviewed schedules, loan documents and motions to prepare arguments in Motion to Compel Receiver - prepared timeline and accounting of properties | MOV | 1.3 | $286.00 |
| 1/3/10 | Pre-tr | Prepared arguments for Motion to Compel Receiver - reviewed filings and notes from motions | MOV | 1.1 | $242.00 |
| 1/4/10 | Pre-tr | Appeared in court on motion to compel receiver | MOV | 1.0 | $220.00 |
| 11/23/09 | Resrch | Researching how to get Lis Pendens removed | Clerk2 | 0.7 | $63.00 |
| 12/1/09 | Resrch | meeting with client re: bk matters and adversaries - notes to file | MOV | 2.2 | $440.00 |
| 12/1/09 | Resrch | reviewed cook county docket re: contract claims | MOV | 0.3 | $60.00 |
| 12/1/09 | Resrch | reviewed file materials re: underlying mortgages and other loan documents | MOV | 1.3 | $260.00 |
| 12/7/09 | Resrch | prepared for 341 Conference | MOV | 0.6 | $120.00 |
| 12/29/09 | Resrch | reviewed the response brief to motion to compel and prepared notes | MOV | 0.4 | $80.00 |
| 12/29/09 | Resrch | researched cases cited in response brief | MOV | 0.7 | $140.00 |
| 12/29/09 | Resrch | prepared notes and organized reply brief | MOV | 0.6 | $120.00 |
| 1/3/10 | Resrch | Reviewed file materials for property information for correspondence with Maria Pappas, Cook County Treasurer | MOV | 0.4 | $88.00 |

| Date | Category | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 12/11/09 | SaleRE | Review email request from client. Direct MO to obtain access to property from receiver. | FLI | 0.1 | $44.00 |
| 1/16/10 | SaleRE | Email to legal team re inability of Park National employees to make a deal with debtors, need to contact new people at US Bank. | FLI | 0.1 | $45.00 |
| 2/5/10 | SaleRE | Spoke with MO re offer to purchase property, pros and cons. | FLI | 0.3 | $135.00 |
| 11/17/09 | Trste | Calls to S. Wolfe and David Gucwa re rescheduling IDI. Obtained new date: 12/1/09 at 11:00 A.M. Notify clients. | FLI | 0.2 | $88.00 |
| 12/1/09 | Trste | Meet with clients, MO, and PG re to prepare for IDI. | FLI | 0.5 | $220.00 |
| 12/1/09 | Trste | Meet with David Gucwa at office of US trustee, and with clients, MO, and PG for initial debtor interview. | FLI | 0.7 | $308.00 |
| 12/7/09 | Trste | attended 341 conference' | MOV | 0.7 | $140.00 |
| 12/10/09 | Trste | Spoke with S. Wolfe re FRBP 2015.3. Debtors are working on complying. | FLI | 0.1 | $44.00 |
| 1/14/10 | Trste | Spoke with trustee Wolfe re status of case. | FLI | 0.1 | $45.00 |
| 12/31/09 | Util | Review letter from condo association re taking over utility bills of 5121 N. Kenmore Ave. condo units owned by debtors. Discuss with MO. | FLI | 0.2 | $88.00 |
| 12/31/09 | Util | Research § 366 right of condo association to assume utility obligations and to charge debtors with fee. | FLI | 0.2 | $88.00 |

| Total by Nature | | | |
|---|---|---|---|
| | Admin | 48 | $11,792.00 |
| | Adv | 0.8 | $210.00 |
| | App | 0.2 | $90.00 |
| | CM | 9 | $3,367.00 |
| | Cred | 0.1 | $22.00 |
| | DS&P | 0.4 | $180.00 |
| | Employ | 1.1 | $316.00 |
| | Fin | 0.3 | $112.00 |
| | Ins | 0.1 | $45.00 |
| | Pre-Tr | 15.7 | $3,208.00 |
| | Resrch | 7.2 | $1,371.00 |
| | SaleRE | 0.5 | $224.00 |
| | Trste | 2.3 | $845.00 |
| | Util | 0.4 | $176.00 |
| Total | | 86.1 | $21,958.00 |