## Iusco Expenses
### November 4, 2009 – February 28, 2010

1. Chapter 11 Filing Fee -  $1,039.00

2. Motion to set bar date

    a. Copies -  $14.80
    b. Postage -  $16.28

Total -  $1,070.08

Exhibit E