IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ROMEO IUSCO and | ) | Judge Jacqueline P. Cox |
| MONICA IUSCO | ) | |
| | ) | |
| Debtors and Debtors in Possession. | ) | Case No. 09-41945 |
| | ) | |
| | ) | Hearing: April 15, 2010 at 9:30 a.m. |

**ORDER GRANTING FIRST INTERIM APPLICATION OF FORREST L. INGRAM, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND COSTS**

THIS MATTER came to be heard on the First Interim Application of FORREST L. INGRAM, P.C. for Allowance and Payment of Compensation and Costs. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. FORREST L. INGRAM, P.C. is awarded **$21,958.00** of the professional compensation requested for the time period beginning November 4, 2009 through February 28, 2010.

2. FORREST L. INGRAM, P.C. is awarded **$1,070.08** for reimbursement of expenses for the time period beginning November 4, 2009 through February 28, 2010.

3. FORREST L. INGRAM, P.C. is authorized to apply **$7,291.00** of the chapter 11 retainer and filing fee advance to the fees and costs awarded.

4. Debtors are authorized to pay FORREST L. INGRAM, P.C., from their personal funds, the remaining balance of the fees and costs awarded, namely, **$15,745.08**.

Dated:                                                                BY THE COURT:


_____
The Honorable Jacqueline P. Cox
United States Bankruptcy Judge

This order was prepared
by Forrest L. Ingram, P.C.

1