# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable **JUDGE JACQUELINE P. COX**                    Hearing Date **March 31, 2010**

**Bankruptcy Case**        09 B 41945                    Adversary _____

**Title of Case**    Romeo Iusco and Monica Iusco

**Brief Statement of Motion**    Motion of Devon Bank for relief of stay as to 8561 Harm Road, Skokie, IL 60077 (#54 on court doket)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS HEREBY ORDERED, The motion of Devon Bank for relief from the stay was STRICKEN at 9:55 a.m., no movant appeared, the matter was noticed for 9:30 a.m. and recalled twice.

*Jacqueline P. Cox*
*J. Cox*

**UNITED STATES BANKRUPTCY JUDGE**