**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ROMEO IUSCO and MONICA IUSCO | ) | Case No. 09-41945 |
| | ) | |
| Debtors and Debtors in Possession. | ) | Honorable Judge Jacqueline Cox |
| | ) | |
| | ) | Hearing: May 12, 2010 at 9:30 a.m. |

## **ORDER**

This matter coming to be heard on the Debtor's Objection to Claim No. 21 filed by ANNAMA MATTHEW, proper notice having been provided and the Court being fully advised in the premises,

**IT IS ORDERED**:

Debtor's objection is sustained; Claim No. 21 of ANNAMA MATTHEW is disallowed in its entirety.

Dated:                                                                                     BY THE COURT


_____
Honorable Jacqueline P. Cox
United States Bankruptcy Court


This order was prepared by
Forrest L. Ingram, P.C.