## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ROMEO IUSCO and MONICA IUSCO | ) | Case No. 09-41945 |
| | ) | |
| Debtors and Debtors in Possession. | ) | Honorable Judge Jacqueline Cox |
| | ) | |
| | ) | Hearing: May 12, 2010 at 9:30 a.m. |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on May 12, 2010 at 9:30 a.m. or as soon thereafter as I may be heard, I will appear before the Honorable Jacqueline Cox, or any other Judge sitting in her stead in Courtroom 619, Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL and will then and there present the **Debtor's Objection to Claim Number 22 filed by Alex Johnson**, a copy of which is enclosed and hereby served upon you, AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.

/s/ Michael V. Ohlman
One of Debtor's Attorneys

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Philip Groben #6299914
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

### CERTIFICATE OF SERVICE

I, Michael V. Ohlman, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service at the address listed below, by electronic filing through ECF or by US Mail, as set forth on the attached service list on April 7, 2010.

/s/ Michael V. Ohlman

## SERVICE LIST

**Via U.S. Mail**

**Debtor**
Romeo and Monica Iusco
8651 Harms Road
Skokie, IL 60077

**Alex Johnson**
c/o Howard L. Teplinsky
Ottenheimer, Teplinsky, Rosenbloom, LLC
750 Lake Cook Road, Suite 140
Buffalo Grove, IL  60089

**Via CM/ECF and Fax**

**US Trustee**
William T. Neary
Office of the United States Trustee
Northern District of Illinois
219 S. Dearborn St., Room 873
Chicago, IL 60604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ROMEO IUSCO and MONICA IUSCO | ) | Case No. 09-41945 |
| | ) | |
| Debtors and Debtors in Possession. | ) | Honorable Judge Jacqueline Cox |
| | ) | |
| | ) | Hearing: May 12, 2010 at 9:30 a.m. |

**DEBTORS' OBJECTION TO CLAIM NO. 22 FILED BY ALEX JOHNSON**

NOW COME the Debtors and Debtors in Possession, ROMEO and MONICA IUSCO (the "Debtors") by and through their attorneys, Forrest L. Ingram, P.C., and for its Objection to Claim No. 22 filed by ALEX JOHNON ("JOHNSON"), states as follows:

1. On November 5, 2010 (the "Petition Date"), the Debtors filed their petition for relief under chapter 11 of the United States Bankruptcy Code.

2. No examiner or trustee has been appointed in this case, and no official committee representing any of the unsecured creditors has been appointed.

3. This Court has jurisdiction over this case pursuant to 28 U.S.C. §1334. The subject matter of this motion is a "core proceeding" under 28 U.S.C. §157(a) and (b)(2)(A), (B), (C), (H) and (K).

4. This Honorable Court set the last day to file proofs of claim as April 5, 2010, with government proofs of claim due on or before May 4, 2010. Objections to proofs of claim are due on or before June 3, 2010. See attached **Exhibit A**.

5. JOHNSON filed his proof of claim, No. 22-1, with the Court on April 6, 2010, after the last day to file proofs of claim had passed. See attached **Exhibit B**. JOHNSON's claim must be barred for failing to conform to the Courts order and the Federal Rules of Bankruptcy Procedure.

6. However, even if the Court does review the proof of claim, JOHNSON's claim should be denied in its entirety for failing to conform to the official forms.

7. Pursuant to Bankruptcy Rule 3001(a) the proof of claim should be immediately stricken because JOHNSON does not substantially conform to the Official Form. More specifically, JOHNSON failed to properly include the value of the property, the type of property, the interest rate and the amount of arrearages or other charges. In fact, all that is included is the name where notices should be sent, the amount of claim and an exhibit styled as an "Amended Complaint".   See attached **Exhibit B**.

WHEREFORE, the Debtor prays for an order disallowing Claim No. 22, filed by JOHNSON in its entirety as it was not timely filed and fails to conform to with Rule 3001(a), and for such other and further relief as is just and proper.

Respectfully Submitted,

/s/ Michael V. Ohlman
One of Debtor's Attorneys

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Philip Groben #6299914
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838