UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ROMEO IUSCO and MONICA IUSCO | ) | Case No. 09 B 41945 |
| | ) | |
| Debtors and Debtors in Possession. | ) | Hon. Jacqueline P. Cox |

**ORDER APPROVING FIRST INTERIM APPLICATION OF
FORREST L. INGRAM, P.C. FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE DEBTOR**

| | | | |
|---|---|---|---|
| Total Fees Requested: | $21,958.00 | Total Expenses Requested: | $1,070.08 |
| Total Fees Reduced: | 1,036.50 | Total Expenses Reduced: | 0.00 |
| Total Fees Allowed: | $20,921.50 | Total Expenses Allowed: | $1,070.08 |

**TOTAL FEES AND EXPENSES ALLOWED: $21,991.58**

The Court has underlined the attached time and expense entries which have been disallowed in whole or in part. The basis for each disallowance is disclosed by the numerical notation which appears next to each highlighted entry. The numerical notations refer to the enumerated paragraphs below.

(1) **Improper Allocation of Professional Resources**

The Court denies the allowance in part of compensation for the following task because a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *See In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate." (Internal citations omitted)); *see also In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

(7) **Lumping**

The Court may impose a penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987). "Lumping" is grouping several tasks into one time entry without breaking down the amount of time spent on each task. *See Matter of Hedstrom Corp.*, 333 B.R. 815, 823-24 (Bankr. N.D. Ill. 2005). Lumping of services makes it difficult for one to determine the necessity of each task and whether the time spent on each task was reasonable. *Id.* at 823.

Courts faced with lumping of services in fee petitions have either denied them outright or deducted a certain percentage from the amount requested. *Id.* at 824. A ten percent penalty is an appropriate penalty for "lumping." *See Wildman*, 72 B.R. at 709.

(13) **No Benefit to the Estate**

The Court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

(14) **Computational or Typographical Error**

The Court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the Court will consider one of the entries to be a typographical error.

Forrest L. Ingram, P.C. is authorized to apply $7,291.00 of the remaining Chapter 11 retainer and filing fee advance to the fees and costs awarded.

The Debtors are authorized to pay Forrest L. Ingram, P.C. the remaining balance of fees and costs awarded, $14,700.58.

IT IS SO ORDERED.

DATED: April 19, 2010                    ENTER:    *Jacqueline P. Cox*

                                                   _____
                                                   Jacqueline P. Cox
                                                   U.S. Bankruptcy Judge

**Forrest L. Ingram, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 900
Chicago, IL 60603-4907

Iusco

| Date | Nature | Item | Atty | Time | Fee |
|---|---|---|---|---|---|
| 11/4/09 | Admin | Meet with Romeo and Monica Iusco re data needed for chapter 11 filing; review CCCs. Direct MO to research issues relating to emergency filing. | FLI | 1.5 | $660.00 |
| 11/5/09 | Admin | Review spreadsheets from Monica; enter new data, correct errors, prepare for filing chapter 11. | FLI | 0.5 | $220.00 |
| 11/5/09 | Admin | Spoke with Monica re details missing from list of creditors; make additions. | FLI | 0.3 | $132.00 |
| 11/5/09 | Admin | Complete and file voluntary petition and 20 largest creditors in emergency filing. | FLI | 0.4 | $176.00 |
| 11/5/09 | Admin | Direct MO to send notice of the chapter 11 to Edmund Burke and to Judicial Sales Corporation to halt the sale scheduled for 10:30 A.M. today. Check that it was done immediately. | FLI | 0.2 | $88.00 |
| 11/5/09 | Admin | Print docket sheet; pepare folder. | FLI | 0.1 | $44.00 |
| 11/5/09 | Admin | Spoke with Monica to inform her of chapter 11 filing. | FLI | 0.1 | $44.00 |
| 11/5/09 | Admin | Direct MO to call Edmund Burke to make sure he is aware of the filing. | FLI | 0.1 | $44.00 |
| 11/5/09 | Admin | drafted letter to opp counsel (Burke) re: bk stay and cancel the sheriff's sale | MOV | 0.2 | $40.00 |
| 11/5/09 | Admin | meeting with FLI re: filing of Ch. 11 | MOV | 0.2 | $40.00 |
| 11/7/09 | Admin | filed motion to employ as counsel and mailed to client | MOV | 0.2 | $40.00 |
| 11/7/09 | Admin | prepared motion to employ as counsel with affidavit and exhibits | MOV | 0.4 | $80.00 |
| 11/7/09 | Admin | filed CCC and dec of e-filing | MOV | 0.7 | $140.00 |
| 11/12/09 | Admin | fax to judicial sale re: cancel judicial sale of property | MOV | 0.2 | $40.00 |
| 11/12/09 | Admin | Spoke with Monica re schedules, court hearings, and personal liabilities on LLC properties. | FLI | 0.1 | $44.00 |
| 11/13/09 | Admin | Spoke with Monica re meeting to review new data for schedules. | FLI | 0.1 | $44.00 |
| 11/14/09 | Admin | Meet with Romeo and Monica re information for schedules and SOFA. Direct VC to enter data. | FLI | 0.8 | $352.00 |
| 11/14/09 | Admin | Meet with RI and MI to review detailed spreadsheets for schedules. | FLI | 0.5 | $220.00 |
| 11/14/09 | Admin | Scan in and email to clients the update drafts of schedules A-J and SOFA. | FLI | 0.2 | $88.00 |
| 11/14/09 | Admin | reviewed/revised schedule info | VC | 1.6 | $280.00 |

(13) pre-petition -660.00

(1) -24.00

09-41945:57.3:Application for Compensation:Exhibit C Entered: 3/25/2010 1:07:43 PM by:Forrest Ingram Page 1 of 9

**Forrest L. Ingram, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 900
Chicago, IL 60603-4907

Iusco

| Date | Nature | Item | Atty | Time | Fee |
|---|---|---|---|---|---|
| 11/4/09 | Admin | Meet with Romeo and Monica Iusco re data needed for chapter 11 filing; review CCCS. Direct MO to research issues relating to emergency filing. | FLI | 1.5 | $660.00 |
| 11/5/09 | Admin | Review spreadsheets from Monica; enter new data, correct errors, prepare for filing chapter 11. | FLI | 0.5 | $220.00 |
| 11/5/09 | Admin | Spoke with Monica re details missing from list of creditors; make additions. | FLI | 0.3 | $132.00 |
| 11/5/09 | Admin | Complete and file voluntary petition and 20 largest creditors in emergency filing. | FLI | 0.4 | $176.00 |
| 11/5/09 | Admin | Direct MO to send notice of the chapter 11 to Edmund Burke and to Judicial Sales Corporation to halt the sale scheduled for 10:30 A.M. today. Check that it was done immediately. | FLI | 0.2 | $88.00 |
| 11/5/09 | Admin | Print docket sheet; pepare folder. | FLI | 0.1 | $44.00 |
| 11/5/09 | Admin | Spoke with Monica to inform her of chapter 11 filing. | FLI | 0.1 | $44.00 |
| 11/5/09 | Admin | Direct MO to call Edmund Burke to make sure he is aware of the filing. | FLI | 0.1 | $44.00 |
| 11/12/09 | Admin | Spoke with Monica re schedules, court hearings, and personal liabilities on LLC properties. | FLI | 0.1 | $44.00 |
| 11/13/09 | Admin | Spoke with Monica re meeting to review new data for schedules. | FLI | 0.1 | $44.00 |
| 11/14/09 | Admin | Meet with Romeo and Monica re information for schedules and SOFA. Direct VC to enter data. | FLI | 0.8 | $352.00 |
| 11/14/09 | Admin | Meet with RI and MI to review detailed spreadsheets for schedules. | FLI | 0.5 | $220.00 |
| 11/14/09 | Admin | Scan in and email to clients the update drafts of schedules A-J and SOFA. | FLI | 0.2 | $88.00 |
| 11/14/09 | CM | Review state court foreclosure actions against Debtors' properties and discuss motion to compel receiver to turn over the properties to the Debtor. | FLI | 0.3 | $132.00 |
| 11/14/09 | CM | Meet with RI and MI to determine priorities with respect to properties in the hands of a receiver. | FLI | 0.5 | $220.00 |
| 11/14/09 | CM | Draft letter to Ed Burke re turnover of property to the debtors by the receiver. | FLI | 0.5 | $220.00 |

(handwritten annotations: "(7) — 10% (@ 66.00)" and "(1) — 124.00")

EXHIBIT C

09-41945:57.3:Application for Compensation:Exhibit C Entered: 3/25/2010 1:07:43 PM by Forrest Ingram Page 9 of 9

| Date | Type | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 12/1/09 | Admin | Email to client re: list of issues which need to be addressed before amended schedules can be filed | PG | 1.4 | $245.00 |
| 12/3/09 | Admin | Schedule Update: Schedule B, SOFA | PG | 0.7 | $122.50 |
| 12/4/09 | Admin | Schedules A-E, G-J finalization | PG | 4.7 | $822.50 |
| 12/7/09 | Admin | Statement of Financial Affairs finalization | PG | 2.0 | $350.00 |
| 12/7/09 | Admin | Schedule F finalization | PG | 0.8 | $140.00 |
| 12/7/09 | Admin | Email to client re: form b26 reporting requirements | PG | 0.2 | $35.00 |
| 12/7/09 | Admin | Filing schedules | PG | 0.8 | $140.00 |
| 12/8/09 | Admin | Preparation for 341 meeting | PG | 0.8 | $140.00 |
| 12/8/09 | Admin | 341 meeting | PG | 0.7 | $122.50 |
| 12/11/09 | Admin | Email to client re: November operating reports due | PG | 0.1 | $17.50 |
| 12/15/09 | Admin | Phone call with client re: Form B26 and monthly operating report requirements | PG | 0.3 | $52.50 |
| 12/15/09 | Admin | Preparation (.3) and filing (.2) of monthly cash summaries | PG | 0.5 | $87.50 |
| 1/18/10 | Admin | Filing of December disbursement summary | PG | 0.2 | $39.00 |
| 11/23/09 | Resrch | Researching how to get Lis Pendens removed | Clerk2 | 0.7 | $63.00 |
| 1/29/10 | Admin | Dropping off documents to Judge Cox's Chambers | Clerk2 | 0.3 | $27.00 |

| Total by Attorney | | | | |
|---|---|---|---|---|
| | FLI | 21.1 | 9335 | |
| | MOV | 43 | 8842 | |
| | VC | 2.2 | 397 | |
| | PG | 18.8 | 3294 | |
| | Clerk2 | 1 | 90 | |
| Total | | 86.1 | $21,958.00 | |

(14) - $140.00
(14) - $122.50