UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable **JUDGE JACQUELINE P. COX** Hearing Date 6/1, 2010

Bankruptcy Case: 09-41945    Adversary: 

Title of Case: In re: Romeo Iusco & Maria Iusco

Brief Statement of Motion: ~~Motion for~~ Debtor's Objection to Claim nos. 20, 21, 22 & 23

Names and Addresses of moving counsel: Michael V. Ohlman, 79 W. Monroe, Suite 900, Chicago, IL 60603

Representing: Debtor

**ORDER**

IT IS HEREBY ORDERED,

Claimants Matthew, Patel, Johnson & Sharma are given leave to file a motion for leave to file their claims on or before June 9, 2010. Debtors shall file their response on or before June 22, 2010. Hearing on said motion and on Debtors' objection shall be on June 24, 2010 at 10:30 a.m.

UNITED STATES BANKRUPTCY JUDGE
J. Cox
/s/ Jacqueline P. Cox