UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 09-41945 |
| ROMEO AND MONICA IUSCO ) ) ) ) ) ) | Chapter: 11 Honorable Jacqueline Cox | |
| Debtor(s) ) | | |

## ORDER

This matter coming to be heard on the Debtor's Motion to enter a Final Decree Closing their Chapter 11 Case, pursuant to 11 U.S.C. section 350, Bankruptcy Rule 3022, and Local Rule 3022-1, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter, and being fully advised in the premises,

IT IS HEREBY ORDERED:

A Final Decree closing the Debtors' chapter 11 Case is hereby entered.

Enter: *Jacqueline P. Cox*
J. Cox
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 11/22/11

**Prepared by:**

Michael V. Ohlman # 6294512
Forrest L. Ingram, #3129032
FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

Rev: 201100318_bko